Daniel P. Struck, Bar #012377
Nicholas D. Acedo, Bar #021644
Jacob B. Lee, Bar #030371
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
dstruck@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com

*Attorneys for Defendant Pima County*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| Louis Taylor, | No. CV-15-00152-TUC-RM |
|---|---|
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| County of Pima, et al., | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Daniel P. Struck, Nicholas D. Acedo, and Jacob B. Lee of the law firm Struck Love Bojanowski & Acedo, PLC are appearing as co-counsel for Defendant Pima County in this matter. All communications should be directed to:

> Daniel P. Struck
> Nicholas D. Acedo
> Jacob B. Lee
> STRUCK LOVE BOJANOWSKI & ACEDO, PLC
> 3100 West Ray Road, Suite 300
> Chandler, Arizona 85226
> Phone: (480) 420-1600
> dstruck@strucklove.com
> nacedo@strucklove.com
> jlee@strucklove.com

DATED this 23rd day of October, 2020.

                                      STRUCK LOVE BOJANOWSKI & ACEDO, PLC

                                      By   /s/ Nicholas D. Acedo
                                            Daniel P. Struck
                                            Nicholas D. Acedo
                                            Jacob B. Lee
                                            3100 West Ray Road, Suite 300
                                            Chandler, Arizona 85226

                                            *Attorneys for Defendant Pima County*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| John P. Leader | john@leaderlawaz.com |
| Peter T. Limperis | plimperis@mpfmlaw.com |
| Stanley G. Feldman | sfeldman@mpfmlaw.com |
| Timothy P. Stackhouse | tstackhouse@hmpmlaw.com |
| Nancy J. Davis | Nancy.Davis@pcao.pima.gov |
| Clayton R. Kramer | clayton.kramer@pcao.pima.gov |
| Michelle R. Saavedra | michelle.saavedra@tucsonaz.gov |
| Dennis P. McLaughlin | Dennis.McLaughlin@tucsonaz.gov |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

/s/ Nicholas D. Acedo