BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
Nancy J. Davis, SBN 017197
Clayton R. Kramer, SBN 034258
Deputy County Attorneys
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: 520-724-5700
Nancy.Davis@pcao.pima.gov
Clayton.Kramer@pcao.pima.gov
*Attorneys for Pima County*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Taylor, a single man, | No. 15-CV-00152-TUC-RM |
| Plaintiff, | **MOTION TO WITHDRAW** |
| v. | |
| Pima County, a body politic; et al., | |
| Defendants. | |

Pursuant to LRCiv. 83.3, Nancy J. Davis and Clayton R. Kramer hereby move to withdraw as counsel of record in this matter due to a conflict of interest. Pima County may be contacted through its attorneys of record at Struck Love Bojanowski & Acedo, PLC, 3100 West Ray Road, Suite 300, Chandler, Arizona 85226, (480) 420-1600 (*see* Doc. 154 (October 23, 2020 Notice of Appearance)). Maria Luna, Pima County Risk Manager and Pima County representative, has consented to the withdrawal, and her written approval is included below. This case is not currently scheduled for trial (Doc. 158 at 2). As permitted by LRCiv. 83.3(b)(1), this motion is presented to the Court ex parte.

**CONSENT TO WITHDRAWAL**

I, Maria Luna, hereby consent to and approve of the withdrawal of Nancy J. Davis and Clayton R. Kramer as counsel of record in this matter.

By _____
Maria Luna
Pima County Risk Manager

RESPECTFULLY SUBMITTED December 29, 2020.

BARBARA LAWALL
PIMA COUNTY ATTORNEY

By _____
Nancy J. Davis
Clayton R. Kramer
Deputy County Attorneys