**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Louis Taylor,<br><br>            Plaintiff,<br><br>v.<br><br>County of Pima, et al.,<br><br>            Defendants. | No. CV-15-00152-TUC-RM<br><br>*EX PARTE* ORDER |

      Pending before the Court is a Motion to Withdraw filed *ex parte* by attorneys Nancy Jane Davis and Clayton Robert Kramer. (Doc. 160.) Davis and Kramer seek to withdraw as attorneys of record for Defendant Pima County, due to a conflict of interest. (*Id.*) The Motion bears the written consent of Pima County Risk Manager Maria Luna. (*Id.* at 2.)

      Good cause appearing, and pursuant to LRCiv 83.3(b),

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

. . . .

**IT IS ORDERED** that the Motion to Withdraw (Doc. 160) is **granted**. Attorneys Nancy Jane Davis and Clayton Robert Kramer of the Pima County Attorneys Office are hereby withdrawn as counsel of record for Defendant Pima County.

Dated this 6th day of January, 2021.

_____
Honorable Rosemary Márquez
United States District Judge