| | |
|---|---|
| STRUCK LOVE BOJANOWSKI & ACEDO, PLC<br>Daniel P. Struck, Bar #012377<br>Nicholas D. Acedo, Bar #021644<br>Jacob B. Lee, Bar #030371<br>3100 West Ray Road, Suite 300<br>Chandler, Arizona 85226<br>Telephone: (480) 420-1600<br>dstruck@strucklove.com<br>nacedo@strucklove.com<br>jlee@strucklove.com<br><br>*Attorneys for Defendant Pima County* | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Louis Taylor,<br><br>  Plaintiff,<br><br>v.<br><br>County of Pima, et al.,<br><br>  Defendants. | No. CV-15-00152-TUC-RM<br><br>**DEFENDANTS' SETTLEMENT STATUS REPORT** |

The Court ordered the parties to file "a brief Joint Settlement Status Report" on or before February 5, 2021. (Dkt. 113 at 4, emphasis added.) Despite that directive, Plaintiffs have insisted on filing their own Status Report. Defendants reluctantly submit this separate Status Report to satisfy their court-ordered obligation.[1]

The parties are not engaged in settlement discussions. Defendants maintain that a mediation will not be fruitful considering the parties' divergent views on liability and damages.

---

[1] Dkt. 65 at 5 simply requires the parties to prepare a report that includes a proposed deadline for filing settlement status reports. Dkt. 113 at 4 (the Court's Scheduling Order) requires that report to be "Joint," and Dkt. 158 at 2 merely confirmed that the "settlement status report" remains due on or before February 5. If the Court prefers separate settlement status reports, Defendants respectfully request clarification.

DATED this 5th day of February, 2021.

                              STRUCK LOVE BOJANOWSKI & ACEDO, PLC


                              By   /s/ Nicholas D. Acedo
                                  Daniel P. Struck
                                  Nicholas D. Acedo
                                  Jacob B. Lee
                                  3100 West Ray Road, Suite 300
                                  Chandler, Arizona 85226

                                  *Attorneys for Defendant Pima County*


                            MICHAEL G. RANKIN,
                            City Attorney


                            By   /s/ Nicholas D. Acedo (with authority)
                                Michelle R. Saavedra
                                Dennis P. McLaughlin
                                Principal Assistant City Attorney
                                PO Box 27210
                                Tucson, Arizona 85726-7210

                                *Attorneys for Defendant City of Tucson*

# CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| John P. Leader | john@leaderlawaz.com |
| Peter T. Limperis | plimperis@mpfmlaw.com |
| Stanley G. Feldman | sfeldman@mpfmlaw.com |
| Timothy P. Stackhouse | tstackhouse@hmpmlaw.com |
| Michelle R. Saavedra | michelle.saavedra@tucsonaz.gov |
| Dennis P. McLaughlin | Dennis.McLaughlin@tucsonaz.gov |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/ Nicholas D. Acedo