# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Taylor, a single man,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Pima County, a body politic; The City of Tucson, a body politic,<br><br>　　　　Defendants. | 4:15-CV-00152<br><br>**PROPOSED ORDER**<br><br>(Honorable Rosemary Marquez) |

Defendant City of Tucson having filed a timely Motion for Reconsideration (Doc. 173) regarding that portion of the Court's Order issued on February 17, 2021 that deals with the permissible scope of discovery (Doc. 167, 13:27-14:6 and 15:12-14), and good cause appearing:

**IT IS HEREBY ORDERED** that the Motion for Reconsideration is **GRANTED**.

**IT IS FURTHER ORDERED** that the portion of the Court's Order issued on February 17, 2021 that is cited above, and that deals with the permissible scope of discovery, is withdrawn.

**OR**

**IT IS FURTHER ORDERED** that the portion of the Court's Order issued on February 17, 2021 that is cited above, and that deals with the permissible scope of discovery, is stayed pending resolution of any motions to dismiss by the City regarding Counts Six and Seven of the Third Amended Complaint ("TAC").