IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Taylor, a single man, | No. CV 15-00152 TUC RM |
| Plaintiff, | **ORDER** |
| vs. | |
| Pima County, a body politic; et al., | |
| Defendants. | |

IT IS ORDERED that a video settlement conference in this action will be held on Tuesday, June 15, 2021, at 9:30 a.m. before the Honorable Leslie A. Bowman. The court will contact the parties before the conference with additional instructions that will allow them to join the conference at the time and date indicated.

**SETTLEMENT POSITION STATEMENTS**

Before the Conference, each party shall submit directly to Judge Bowman position statements no more than fifteen (15) pages in length. Your position statements should contain, at a minimum, the following:

1. A brief statement of the facts;
2. A discussion of the claims and issues, including whether there are any lienholders;
3. A summary of motions ruled on, pending, and anticipated;

4. Trial date, anticipated length of trial, and whether it is a jury trial; and

5. A summary of settlement discussions to date, if any.

Also include

6. A candid appraisal of the strengths and weakness of your case, a) your best possible outcome, b) your worst possible outcome, and c) your anticipated expense of litigation between now and the resolution of this case.

Please submit these statements in confidence directly to Judge Bowman <u>seven days</u> before the date of the Settlement Conference. The statements may be sent via e-mail to [bowman_chambers@azd.uscourts.gov].

The parties also may exchange general position statements with each other if they choose to do so.

**PARTICIPANTS**

I require lead trial counsel be present, as well as a representative of each party with settlement authority, as required by 28 U.S.C. §473(b)(5). If non-monetary relief is sought, the person with authority to authorize that relief needs to be present. I do not encourage lienholders to be physically present. Please ensure that they are aware of the settlement conference, the issues involved, and are available by phone. Annuitants may also be present to assist in structured settlement proposals.

**The Conference**

Generally, I will begin with an opening session. Although each party will have the opportunity to speak, no one is required to do so, nor will anyone be required to respond to questions at this time.

After the opening session, the parties will retire to consider their respective positions. My role is to be a facilitator, a line of communication between the parties, and a devil's advocate, trying to highlight each party's issues. Parties may use records, evidence, or transcripts during the caucuses to explain the issues.

In fulfilling my role, I will, of necessity, be repeating many things stated in caucus. Please make clear what is or is not actually confidential before I meet with the opposing party. When I am not present, I expect the parties to continue developing information that will be useful to me in presenting their position to the other side.

A successful settlement conference will conclude with either an agreement or the parties' firm knowledge that although they tried their best to settle the case, it is one that must go to trial. At the conclusion of the conference, I will notify the presiding judge whether an agreement has been reached.

CONCLUSION

Please remember that this conference is an attempt at conciliation, and as such it is critical that no one makes personal attacks on opposing parties during this session.

I am confident the parties will be able to take advantage of the opportunities in this settlement conference and successfully resolve this case. If you have any questions or concerns, please feel free to contact chambers, (520) 205-4500.

DATED this 14th day of May, 2021.

*Leslie A. Bowman*
Leslie A. Bowman
United States Magistrate Judge