1  THE LEADER LAW FIRM, P.C.
   John P. Leader, SBN 012511
2  405 W. Cool Dr., Suite 405
   Tucson, AZ  85704
3  Phone (520) 575-9040
   Fax (520) 575-9340
4
5  MILLER, PITT, FELDMAN
    & McANALLY, P.C.
6  Stanley G. Feldman, SBN 000838
   Peter Timoleon Limperis, SBN 019175
7  Timothy P. Stackhouse, SBN 030609
   One S. Church Ave., Suite 900
8  Tucson, AZ 85701
   Phone (520) 792-3836
9  Fax (520) 624-5080

10 Attorneys for Plaintiff

11           IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF ARIZONA
12

13 Louis Taylor, a single man,
                                                 No.  CV-15-00152-TUC-RM
14             Plaintiff,
   vs.                                           NOTICE OF SERVICE OF
15                                               PLAINTIFF'S SIXTH
   Pima County, a body politic; The City         SUPPLEMENTAL DISCLOSURE
16 of Tucson, a body politic,                    STATEMENT

17             Defendants.

18

19        Please take notice that on May 17, 2021, Plaintiff served his Sixth

20 Supplemental Disclosure Statement on Defendant Pima County and Defendant City

21 of Tucson, via email to their attorneys of record Daniel P. Struck, Esq., Nicholas D.

22 Acedo, Esq., Jacob B. Lee, Esq., Michelle Saavedra, Esq., and Dennis McLaughlin,

23 Esq..

24

25

1    The exhibits were sent to the same persons, by secure electronic transfer,

2    simultaneously with the e-mailing of the Disclosure Statement.

3        Respectfully submitted May 17, 2021

4                                                    MILLER, PITT, FELDMAN &
5                                                    McANALLY, P.C.

6                                                    /s/ Peter Timoleon Limperis
                                                     Stanley G. Feldman
7                                                    Peter Timoleon Limperis
                                                     Timothy P. Stackhouse
8

9                                                    THE LEADER LAW FIRM, P.C.

10                                                   /s/ John P. Leader
                                                     John P. Leader
11

12    I hereby certify that on May 17, 2021, I electronically transmitted the attached
      document to the Clerk's Office using the CM/ECR System for filing and transmittal of
13    a Notice of Electronic Filing to the following CM/ECR registrants:

14    Daniel P. Struck
      Nicholas D. Acedo
15    Jacob B. Lee
      STRUCK LOVE BOJANOWSKI & ACEDO, PLC
16    3100 West Ray Road, Suite 300
      Chandler, Arizona 85226
17    dstruck@strucklove.com
      nacedo@strucklove.com
18    jlee@strucklove.com
      *Attorneys for Defendant Pima County*
19

20    Pima County Attorney's Office
      [no attorney currently assigned]
21    Pima County Attorney's Office, Civil Division
      32 North Stone Avenue Suite 2100
22    Tucson, Arizona 85701
      *Attorneys for Defendant Pima County*
23

24    Michelle Saavedra
      Dennis McLaughlin
25    Principal Assistant City Attorneys for
      Michael G. Rankin
      CITY OF TUCSON

1

PO Box 27210
Tucson, AZ 85726-7210

2

*Attorneys for Defendant City of Tucson*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25