**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Taylor,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>County of Pima, et al.,<br><br>　　　　　Defendants. | No. CV-15-00152-TUC-RM<br><br>**ORDER** |

　　　　On May 18, 2021, the parties notified chambers of a discovery dispute using the discovery-dispute procedures set forth in the Court's Scheduling Order. The dispute concerns Plaintiff's attempts to conduct discovery, including depositions, regarding the determination that Pima County Attorney Laura Conover has a conflict of interest in this case. Plaintiff previously asked the Court to set a hearing regarding the bases for the assertion that Ms. Conover has a conflict of interest. (Doc. 163.) The Court denied that request, declining to "scrutinize the bases for the asserted conflict of interest." (Doc. 172 at 2.)

　　　　Defendants argue that Plaintiff is trying to do an end run around the Court's prior ruling by seeking discovery concerning the conflict of interest determination. They further argue that (1) nothing in Plaintiff's Third Amended Complaint or any prior iteration of his complaint in this matter alleges anything concerning the conflict of interest determination, (2) Plaintiff has no standing to challenge the conflict of interest determination, and (3) it is inappropriate for Plaintiff to attempt to litigate the conflict of

interest determination in this case. Plaintiff argues that Pima County's conduct in precluding Laura Conover from touching this case violates his civil rights and that the conflict of interest determination is relevant to his existing claims.

The Court reiterates its prior holding that it is without authority to scrutinize the bases for the Pima County Attorney's conflict of interest determination. Plaintiff's Third Amended Complaint contains no allegations concerning the conflict of interest determination and, though efforts to insulate prior civil rights violations could perhaps be relevant to a punitive damages claim, Plaintiff makes no claim for punitive damages in his Third Amended Complaint. Accordingly,

**IT IS ORDERED** that Plaintiff is precluded from conducting discovery concerning the determination that Pima County Attorney Laura Conover has a conflict of interest in this matter.

Dated this 25th day of May, 2021.

_____
Honorable Rosemary Márquez
United States District Judge