IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Taylor, a single man,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Pima County, a body politic; et al.,<br><br>　　　　Defendants. | No. CV 15-00152 TUC RM<br><br>**ORDER** |

　　　Pending before the court is the plaintiff's motion, filed on June 3, 2021, that this court order a representative of Star Insurance Company to attend the upcoming settlement conference set for June 15, 2021.  (Doc. 225)  Also pending is the plaintiff's motion, filed on June 3, 2021, that this court order Pima County Attorney Laura Conover, or her designated representative, to participate in the upcoming settlement conference.  (Doc. 226)  The defendants filed a combined response on June 7, 2021.  (Doc. 229)  The plaintiff filed a reply on June 10, 2021.  (Doc. 232)

　　　In his first motion, the plaintiff moves that this court require the participation of Star Insurance Company because it is Pima County's excess insurer and his demand for damages will exceed the County's $2.5 million self-insured cap.  (Doc. 225, p. 2)  The County, however, explains that its policy with Star was in effect in 2013 when the plaintiff accepted the latest plea agreement.  (Doc. 229)  But, it was not in effect in 1972 when the plaintiff was originally prosecuted.  *Id.*  The plaintiff's claim for damages dates to this original prosecution

1  and his allegedly unconstitutional incarceration.  *Id.*  These damages would not be covered
2  by Star.  Star's participation at the settlement conference, therefore, is unnecessary.
3       In his second motion, the plaintiff moves that this court compel the participation of
4  Pima County Attorney Laura Conover, or her designated representative, in the upcoming
5  settlement conference.  (Doc. 226)  The plaintiff argues that she (or her designee) is the only
6  person who can authorize his request for nonmonetary relief.  *Id.*  He explains that "[t]he
7  County Attorney had and exercised authority to create these convictions and it likewise has
8  the authority to undo them."  *Id.*
9       The defendants maintain that the only nonmonetary relief requested by the plaintiff
10 is the expungement of his 2013 plea agreement.  (Doc. 229)  Expungement is relief that can
11 only be granted by this court, and it is the Board of Supervisors, not the County Attorney, that
12 has authority to settle civil actions against the County.  *Id.*  Laura Conover's participation,
13 therefore, is unnecessary.
14
15      IT IS ORDERED that the  the plaintiff's motion, filed on June 3, 2021, that this court
16 order a representative of Star Insurance Company to attend the upcoming settlement
17 conference set for June 15, 2021 is DENIED.  (Doc. 225)
18      IT IS FURTHER ORDERED that the plaintiff's motion, filed on June 3, 2021, that
19 this court order Pima County Attorney Laura Conover, or her designated representative, to
20 participate in the upcoming settlement conference is DENIED.  (Doc. 226)
21
22      DATED this 11th day of June, 2021.

*Leslie A. Bowman*
Leslie A. Bowman
United States Magistrate Judge