**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Taylor, | No. CV-15-00152-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| County of Pima, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion for Leave to Supplement Third Amended Complaint ("TAC"),[1] in which Plaintiff seeks leave pursuant to Federal Rule of Civil Procedure 15(d) to supplement his TAC with allegations concerning events that occurred after Plaintiff moved for leave to file the TAC. (Doc. 246.) Defendants responded, stating that they do not concede that Plaintiff's supplemental allegations satisfy Rule 15(d) but that, in the interests of fairness and judicial economy, they do not oppose Plaintiff's Motion for Leave and instead plan to file a motion to dismiss and/or strike. (Doc. 249.) After Defendants filed their Response, Plaintiff filed his Supplemented TAC. (Doc. 251.)

"On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented." Fed. R. Civ. P. 15(d).

Pursuant to Rule 15(d), and there being no objection,

---
[1] Other pending motions will be resolved separately.

**IT IS ORDERED** that Plaintiff's Motion for Leave to Supplement Third Amended Complaint (Doc. 246) is **granted**, *nunc pro tunc*. Plaintiff's Supplemented TAC (Doc. 251) is considered properly filed.

Dated this 30th day of July, 2021.

_____
Honorable Rosemary Márquez
United States District Judge

- 2 -