IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Taylor,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>County of Pima, et al.,<br><br>　　　　　Defendants. | No. CV-15-00152-TUC-RM<br><br>**ORDER** |

At a status conference held on June 8, 2022, the Court changed the trial date in the above-captioned matter to April 3, 2023. (Doc. 415.) The Court also granted Plaintiff's Motion to File Document Under Seal (Doc. 406) but ordered supplemental briefing regarding whether the sealed witness declaration may properly be considered on summary judgment or at trial.

Accordingly,

**IT IS ORDERED** that trial in the above-captioned matter is scheduled to begin on **April 3, 2023, at 9:00 a.m.**

**IT IS FURTHER ORDERED** that a pretrial conference will be set after summary judgment motions have been resolved and the parties have filed their Joint Proposed Pretrial Order. The order setting pretrial conference will contain deadlines for filing motions in limine, proposed jury instructions, proposed verdict forms, and proposed voir dire.

. . . .

**IT IS FURTHER ORDERED** that Plaintiff's Motion to File Document Under Seal (Doc. 406) is **granted** to the extent that the Court directs the Clerk of Court to file the witness declaration (lodged at Doc. 413) <u>under seal</u>.

**IT IS FURTHER ORDERED** that, within **fourteen (14) days** of the date this Order is filed, Plaintiff shall file a supplemental brief regarding the admissibility of the witness declaration in light of the late disclosure of the declaration. Plaintiff's brief should address whether discovery should be re-opened and why Plaintiff did not file the witness declaration earlier in this litigation.

**IT IS FURTHER ORDERED** that Defendants may file supplemental responses within **ten (10) days** of service of Plaintiff's supplemental brief. Plaintiff may file a supplemental reply within **seven (7) days** of service of Defendants' responses.

Dated this 13th day of June, 2022.

_____
Honorable Rosemary Márquez
United States District Judge