MILLER, PITT, FELDMAN & McANALLY, P.C.
Stanley G. Feldman, SBN 000838
Peter Timoleon Limperis, SBN 019175
Timothy P. Stackhouse, SBN 30609
One S. Church Ave., Ste. 1000
Tucson, AZ 85701-1620
(520) 792-3836
sfeldman@mpfmlaw.com
plimperis@mpfmlaw.com
tstackhouse@mpfmlaw.com
me@mpfmlaw.com

THE LEADER LAW FIRM, P.C.
John P. Leader, SBN 012511
405 W. Cool Dr. Ste. 107
Tucson, AZ  85705
Phone (520) 575-9040
Fax (520) 575-9340
john@leaderlawaz.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Taylor, a single man,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Pima County, a body politic; The city of Tucson, a body politic,<br><br>　　　　　　Defendants. | No.  15-cv-00152-TUC-RM<br><br>**PLAINTIFF'S LRCiv 5.6 MOTION TO FILE DOCUMENT UNDER SEAL**<br><br>**Judge Marquez** |

Plaintiff Louis Taylor moves this Court for the entry of an Order granting Plaintiff the right to file under seal the supplemental brief ordered by the Court. (Doc. 416).  Plaintiff sought a stipulation from the defendants to file his supplemental brief under seal, but the County refused and the City has not responded.

1   In providing the supplemental brief directed by the Court, Taylor cannot
2 meaningfully respond without revealing information that would be sufficient to
3 identify the declarant. Plaintiff incorporates by reference its prior LRCiv 5.6 motion
4 and the arguments contained therein. (Doc. 407).
5   The motion should be granted and the Court should permit Taylor to file his
6 court ordered supplemental brief under seal.
7   DATED June 23, 2022.

MILLER, PITT, FELDMAN &
McANALLY, P.C.

*/s/ Peter Timoleon Limperis*
Stanley G. Feldman
Peter Timoleon Limperis
Timothy P. Stackhouse

THE LEADER LAW FIRM, P.C.

*/s/ John P. Leader*
John P. Leader

I hereby certify that on June 23, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECR System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECR registrants:

Daniel P. Struck
Nicholas D. Acedo
Jacob B. Lee
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 W. Ray Rd., Ste. 300
Chandler, AZ 85226
dstruck@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com
*Attorneys for Defendant Pima County*

. . .

. . .

2

1  Michelle Saavedra
   Dennis McLaughlin
2  Principal Assistant City Attorneys for
   Michael G. Rankin
3  CITY OF TUCSON
   PO Box 27210
4  Tucson, AZ 85726-7210
5  michelle.saavedra@tucsonaz.gov
   Dennis.McLaughlin@tucsonaz.gov
6  *Attorneys for Defendant City of Tucson*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25