# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Taylor, | No. CV-15-00152-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| County of Pima, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff Louis Taylor's Motion to File Supplemental Brief Under Seal. (Doc. 421.) Defendants do not oppose the temporary sealing of the parties' supplemental briefing. (Doc. 423; *see also* Doc. 420.)

**IT IS ORDERED** that Plaintiff's Motion to File Supplemental Brief Under Seal (Doc. 421) is **granted**. The Clerk of Court is directed to file Plaintiff's Supplemental Brief (lodged at Doc. 422) **under seal**. The Supplemental Brief shall remain sealed pending further Order of the Court.

Dated this 23rd day of June, 2022.

Honorable Rosemary Márquez
United States District Judge