MILLER, PITT, FELDMAN & McANALLY, P.C.
Stanley G. Feldman, SBN 000838
Peter Timoleon Limperis, SBN 019175
Timothy P. Stackhouse, SBN 30609
One S. Church Ave., Ste. 1000
Tucson, AZ 85701-1620
(520) 792-3836
sfeldman@mpfmlaw.com
plimperis@mpfmlaw.com
tstackhouse@mpfmlaw.com
me@mpfmlaw.com

THE LEADER LAW FIRM, P.C.
John P. Leader, SBN 012511
405 W. Cool Dr. Ste. 107
Tucson, AZ  85705
Phone (520) 575-9040
Fax (520) 575-9340
john@leaderlawaz.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Taylor, a single man,<br><br>  Plaintiff,<br><br>vs.<br><br>Pima County, a body politic; The City of Tucson, a body politic,<br><br>  Defendants. | No.  15-cv-00152-TUC-RM<br><br>**PLAINTIFF'S REQUEST FOR EXPEDITED SEALED STATUS CONFERENCE** |

Taylor asks this Court to set a telephonic sealed status conference as soon as practicable so that the parties and the Court can discuss the filing of documents (Doc. 445-448).

Plaintiff's counsel will make itself available for such a conference at any time on September 23 and the week of September 26 and on whatever other date and time the Court may decide to hold a sealed status conference.

Dated September 22, 2022

                                        MILLER, PITT, FELDMAN & MCANALLY, P.C.

                                        By: */s/ Stanley G. Feldman*
                                              Stanley G. Feldman
                                              Peter Timoleon Limperis
                                              Timothy P. Stackhouse
                                              *Attorneys for Plaintiff*

                                      THE LEADER LAW FIRM, P.C.

                                        By: */s/ John P. Leader*
                                              John P. Leader
                                              *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECR System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECR registrants:

Daniel P. Struck
Nicholas D. Acedo
Jacob B. Lee
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
dstruck@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com
Attorneys for Defendant Pima County

. . .

1  Michelle Saavedra
   Dennis McLaughlin
2  Principal Assistant City Attorneys for
   Michael G. Rankin
3  City of Tucson
   Post Office Box 27210
4  Tucson, Arizona 85726-7210
5  michelle.saavedra@tucsonaz.gov
   dennis.mclaughlin@tucsonaz.gov
6  Attorneys for Defendant City of Tucson

7  */s/ Ellie S. Ryan*