AMY P. KNIGHT, ESQ.
AZ Bar No. 31374
Knight Law Firm, PC
3849 E Broadway Blvd, #288
Tucson, AZ 85716-5407
Tel: (520) 878-8849
amy@amyknightlaw.com

Attorney for Witness
(identity under seal)

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Taylor<br><br>    Plaintiff,<br><br>v.<br><br>Pima County and City of Tucson<br><br>    Defendants. | No. CV-15-00152-TUC-RM<br><br>**REQUEST FOR ACCESS TO SEALED DOCUMENTS** |

    Undersigned represents the witness whose sealed declarations were filed at Doc. 417 and Doc. 463. The parties have continued to file pleadings under seal regarding this witness, but counsel for the county defendants has refused to provide copies to undersigned, citing the sealed status of the documents and this witness's status as a non-party. Those documents include pleadings about whether filings relating to this witness shall remain under seal and pleadings about further discovery, including specifically about a deposition of this witness.

1  Although the witness is not a participant in that litigation, given the security concerns described
2  in the notice filed at Doc. 463, it is imperative that undersigned be permitted to monitor the
3  requests and representations being made about her client. Accordingly, undersigned requests
4  that this Court order the parties to provide to undersigned any documents in this case filed
5  under seal where the reason for sealing is that they concern the witness she represents.
6  Undersigned will of course be bound by the same restrictions that bind the parties concerning
7  use and dissemination of sealed material.

DATED: October 18, 2022

          Respectfully submitted,

/s/ Amy P. Knight
Amy P. Knight
Attorney for Witness
(identity under seal)