MILLER, PITT, FELDMAN & McANALLY, P.C.
Stanley G. Feldman, SBN 000838
Peter Timoleon Limperis, SBN 019175
Timothy P. Stackhouse, SBN 30609
One S. Church Ave., Ste. 1000
Tucson, AZ 85701-1620
(520) 792-3836
sfeldman@mpfmlaw.com
plimperis@mpfmlaw.com
tstackhouse@mpfmlaw.com
me@mpfmlaw.com

THE LEADER LAW FIRM, P.C.
John P. Leader, SBN 012511
405 W. Cool Dr. Ste. 107
Tucson, AZ  85705
Phone (520) 575-9040
Fax (520) 575-9340
john@leaderlawaz.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Taylor, a single man,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Pima County, a body politic; The city of Tucson, a body politic,<br><br>　　　　　Defendants. | No.  15-cv-00152-TUC-RM<br><br>**PLAINTIFF'S LRCIV 5.6 MOTION TO FILE AMENDED NOTICE OF TAKING DEPOSITION OF SEALED WITNESS**<br><br>**Judge Marquez** |

Plaintiff Louis Taylor moves this Court for the entry of an order granting Plaintiff the right to file under seal Plaintiff's Amended Notice of Taking Deposition of Sealed Witness.

This motion should be granted, and the Court should permit Plaintiff to file Plaintiff's Amended Notice of Taking Deposition of Sealed Witness under seal.

DATED: November 3, 2022.

                MILLER, PITT, FELDMAN & McANALLY, P.C.

                */s/ Peter Timoleon Limperis*
                Stanley G. Feldman
                Peter Timoleon Limperis
                Timothy P. Stackhouse

                THE LEADER LAW FIRM, P.C.

                */s/ John P. Leader*
                John P. Leader

I hereby certify that on November 3, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECR System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECR registrants:

Daniel P. Struck
Nicholas D. Acedo
Jacob B. Lee
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 W. Ray Rd., Ste. 300
Chandler, AZ 85226
dstruck@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com
*Attorneys for Defendant Pima County*

Michelle Saavedra
Dennis McLaughlin
Principal Assistant City Attorneys for
Michael G. Rankin
CITY OF TUCSON
PO Box 27210
Tucson, AZ 85726-7210
michelle.saavedra@tucsonaz.gov
Dennis.McLaughlin@tucsonaz.gov
*Attorneys for Defendant City of Tucson*

1  Amy P. Knight
   Knight Law Firm, P.C.
2  3849 E. Broadway Blvd., #288
   Tucson, AZ 85716-5407
3  amy@amyknightlaw.com
   *Attorney for Witness (identity under seal)*
4

5      I further certify that, pursuant to the parties' written consent on October 27, 2022, I emailed copies of the attached document and all exhibits to counsel at the addresses above.

6

7                                    */s/ Peter Timoleon Limperis*