Karen Clark, Bar No. 012665
**ADAMS & CLARK, PC**
1650 North First Ave.
Phoenix, AZ 85003
(602) 258-3542
Karen@adamsclark.com
Attorney for Laura Conover

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Taylor,<br><br>　　　　　Plaintiff<br><br>v.<br><br>County of Pima, et al.,<br><br>　　　　　Defendants. | Case No.: 15-cv-00152-TUC-RM<br><br>MOTION TO WITHDRAW AS COUNSEL FOR NON-PARTY LAURA CONOVER |

Pursuant to LRCiv 83.3, counsel of record for Non-Party Laura Conover moves the Court for an Order withdrawing as counsel in this matter for the following reasons.

In 2021, Plaintiff attempted to subpoena Ms. Conover for deposition. Undersigned counsel moved to quash the subpoena, and the court granted this request via order dated October 29, 2021. Ms. Conover is no longer involved in this matter, and undersigned counsel should no longer be counsel of record.

Non-Party Conover's contact information is:

Laura Conover, Pima County Attorney
32 N. Stone Avenue
Tucson, AZ 85701

**DATED** this 25th day of January, 2023.

/s/ Karen Clark
_____
Karen Clark
Attorney for Laura Conover

## CERTIFICATE OF COUNSEL

Non-party Conover has been notified of the status of the matter in writing including the dates and times of court hearings or trial settings and compliance with existing court orders including the possibility of sanctions.

**DATED** this 25th day of January, 2023.

/s/ Karen Clark
_____
Karen Clark
Attorney for Non-Party Laura Conover

# CERTIFICATE OF SERVICE

I hereby certify that on January 25th 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Laura Conover Laura.Conover@pcao.pima.gov
John P. Leader john@leaderlawaz.com
Peter T. Limperis plimperis@mpfmlaw.com
Stanley G. Feldman sfeldman@mpfmlaw.com
Timothy P. Stackhouse tstackhouse@hmplaw.com
Michelle R. Saavedra michelle.saavedra@tucsonaz.gov
Dennis P. McLaughlin Dennis.McLaughlin@tucsonaz.gov
Nicholas D. Acedo NAcedo@strucklove.com
Daniel P. Struck dstruck@strucklove.com
Jacob B. Lee JLee@strucklove.com
Amy P. Knight amy@amyknightlaw.com


/s/ Karen Clark
_____
Karen Clark
Attorney for Non-Party Laura Conover