1  STRUCK LOVE BOJANOWSKI & ACEDO, PLC
2  Daniel P. Struck, Bar #012377
   Nicholas D. Acedo, Bar #021644
3  Jacob B. Lee, Bar #030371
   3100 West Ray Road, Suite 300
4  Chandler, Arizona 85226
   Telephone: (480) 420-1600
5  dstruck@strucklove.com
   nacedo@strucklove.com
6  jlee@strucklove.com

7  *Attorneys for Defendant Pima County*

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF ARIZONA**

| | |
|---|---|
| Louis Taylor, | No. CV-15-00152-TUC-RM |
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | |
| County of Pima, et al., | |
| Defendants. | |

Notice is hereby given that Pima County and the City of Tucson, Defendants in the above-named case, appeal to the United States Court of Appeals for the Ninth Circuit from the Order Under Seal entered in this action on January 17, 2023 (Dkt. 509), which denied Defendants' Joint Motion to Unseal, denied in part Defendants' Joint Motion for Limited Discovery, and granted the requests to access sealed documents and for deposition precautions.

/ / /

/ / /

DATED this 26th day of January, 2023.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By     /s/ Nicholas D. Acedo
       Daniel P. Struck
       Nicholas D. Acedo
       Jacob B. Lee
       3100 West Ray Road, Suite 300
       Chandler, Arizona 85226

       *Attorneys for Defendant Pima County*

MICHAEL G. RANKIN,
City Attorney

By /s/Dennis P. McLaughlin(with permission)
       Michelle R. Saavedra
       Dennis P. McLaughlin
       Principal Assistant City Attorney
       PO Box 27210
       Tucson, Arizona 85726-7210

       *Attorneys for Defendant City of Tucson*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

John P. Leader           john@leaderlawaz.com
Peter T. Limperis        plimperis@mpfmlaw.com
Stanley G. Feldman       sfeldman@mpfmlaw.com
Timothy P. Stackhouse    tstackhouse@hmpmlaw.com
Michelle R. Saavedra     michelle.saavedra@tucsonaz.gov
Dennis P. McLaughlin     Dennis.McLaughlin@tucsonaz.gov

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/     Nicholas D. Acedo