# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Taylor, | No. CV-15-00152-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| County of Pima, et al., | |
| Defendants. | |

Pending before the Court is a Motion to Withdraw as Counsel for Non-Party Laura Conover. (Doc. 512.) Karen Clark seeks to withdraw as counsel for non-party Laura Conover pursuant to LRCiv 83.3. (*Id.*) Ms. Clark avers in the Motion that Ms. Conover has no longer been involved in this matter since October 29, 2021, when this Court granted Ms. Conover's Motion to quash the subpoena for her deposition. (Doc. 300.) Because Ms. Conover is no longer involved in the matter, Ms. Clark believes she should no longer be counsel of record. (Doc. 512.) Ms. Clark avers that Ms. Conover has been notified of the status of the case in writing including the dates and times of future hearings and trial. (*Id.*)

….

….

….

….

….

….

Accordingly,

**IT IS ORDERED** that the Motion to Withdraw as Counsel for Non-Party Laura Conover (Doc. 512) is **granted**. The Clerk of Court shall update the docket accordingly and remove attorney Karen Clark from the Court's distribution list for notices of filings in the above-captioned case.

Dated this 30th day of January, 2023.

_____
Honorable Rosemary Márquez
United States District Judge