1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

Louis Taylor,

         Plaintiff,

v.

County of Pima, et al.,

         Defendants.

No. CV-15-00152-TUC-RM

**ORDER**

Pending before the Court is Defendants' Joint Motion to Vacate Trial Date. (Doc. 523.) Defendants request the Court vacate the currently scheduled April 3, 2023 trial date, averring that the date is no longer feasible given the reopened discovery period and upcoming supplemental summary judgment briefing. (*Id.*) Plaintiff opposes the Motion. (Doc. 536.) Plaintiff concedes that the current briefing schedule is problematic but suggests the appropriate remedy is to amend the briefing schedule rather than move the trial. (*Id.*) The parties dispute responsibility for the delay in this case. (*Id.*; Doc. 543.)

The Court agrees that the current trial date is not feasible. Furthermore, the Court finds that the current trial date would not be feasible even if the Court were to order an expedited supplemental summary judgment briefing schedule. Following the supplemental summary judgment briefing, the Court will need to rule on the summary judgment motions, resolve motions in limine, hold a pretrial conference, and establish a pretrial order. It is not feasible to resolve those matters and allow adequate time for trial preparation by April 3, 2023. Accordingly, the Court will partially grant Defendants' Motion. However, instead of

vacating the trial date, the Court will continue it.

**IT IS ORDERED** that Defendants' Joint Motion to Vacate Trial Date (Doc. 523) is **partially granted**. The currently scheduled April 3, 2023 trial is continued to **September 11, 2023 at 9:00 a.m.**

Dated this 27th day of February, 2023.

Honorable Rosemary Márquez
United States District Judge