STRUCK LOVE BOJANOWSKI & ACEDO, PLC
Daniel P. Struck, Bar #012377
Nicholas D. Acedo, Bar #021644
Jacob B. Lee, Bar #030371
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
dstruck@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com

*Attorneys for Defendant Pima County*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Taylor,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>County of Pima, et al.,<br><br>　　　　　　Defendants. | No. CV-15-00152-TUC-RM<br><br>**DEFENDANTS' JOINT RESPONSE TO PLAINTIFF'S LRCiv 5.6 MOTIONS TO SEAL (Dkt. 556, 558)** |

Defendants must oppose Plaintiff's LRCiv 5.6 Motion to File Response to Defendants' Motion for Order Re: Filing Protocols Under Seal (Dkt. 556) and LRCiv 5.6 Motion to File Notice in Compliance with Court's March 3, 2023 Order Under Seal (Dkt. 558) because:

(1) neither Motion provides any justification to seal the lodged documents, in violation of LRCiv 5.6(b)[1]; and

(2) Plaintiff's counsel have refused to send Defendants' counsel copies of the lodged documents (Dkt. 557, 559), despite several requests and in violation of the Court's prior order (Dkt. 431 at 3–4) and Section II(J)(1) of the District of Arizona Electronic Case Filing Administrative Policies and Procedures Manual.

---

[1] Plaintiff's Motions also fail to include a proposed order, in violation of LRCiv 5.6(b).

Defendants cannot respond to Plaintiff's Motions—which they filed on March 7 and 8, respectively—unless they know what it is that is sought to be sealed and why. This has been a recurring issue in this case and Plaintiff's counsel continue to ignore the Court's order and Rules. Therefore, the Court should deny Plaintiff's Motions to seal (Dkt. 556, 558) and strike the lodged documents from the docket (Dkt. 557, 559). In the alternative, Defendants request the Court to order Plaintiff to immediately serve defense counsel a copy of both lodged documents (Dkt. 557, 559) and an opportunity to respond to the Motions to seal (Dkt. 559, 558). Defendants further request a standing order ordering Plaintiff to provide defense counsel a copy of all documents they lodge under seal within one (1) hour of lodging them with the Court.

DATED this 10th day of March, 2023.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

By  /s/ Nicholas D. Acedo
Daniel P. Struck
Nicholas D. Acedo
Jacob B. Lee
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

*Attorneys for Defendant Pima County*

MICHAEL G. RANKIN,
City Attorney

By /s/Michelle R. Saavedra(with permission)
Michelle R. Saavedra
Dennis P. McLaughlin
Principal Assistant City Attorney
PO Box 27210
Tucson, Arizona 85726-7210

*Attorneys for Defendant City of Tucson*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| John P. Leader | john@leaderlawaz.com |
| Peter T. Limperis | plimperis@mpfmlaw.com |
| Stanley G. Feldman | sfeldman@mpfmlaw.com |
| Timothy P. Stackhouse | tstackhouse@hmpmlaw.com |
| Michelle R. Saavedra | michelle.saavedra@tucsonaz.gov |
| Dennis P. McLaughlin | Dennis.McLaughlin@tucsonaz.gov |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Nicholas D. Acedo