# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Taylor,<br><br>             Plaintiff,<br><br>v.<br><br>County of Pima, et al.,<br><br>             Defendants. | No. CV-15-00152-TUC-RM<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion to File Notice in Compliance with Court's March 3, 2023 Order Under Seal. (Doc. 558.) Good cause appearing,

**IT IS ORDERED** that the Motion to Seal (Doc. 558) is **granted**. The Clerk of Court is directed to file Plaintiff's Notice in Compliance with Court's March 3, 2023 Order (lodged at Doc. 559) **under seal**.

Dated this 10th day of March, 2023.

_____
Honorable Rosemary Márquez
United States District Judge