**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Taylor, | No. CV-15-00152-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| County of Pima, et al., | |
| Defendants. | |

On March 10, 2023, Plaintiff's counsel emailed the undersigned's law clerk regarding purported discovery dispute matters and asked: (1) to depose Pima County Attorney Laura Conover; (2) for Pima County to produce a report by Professor Jack Chin and an unfiled Rule 24.2 motion to exonerate; (3) to depose Jack Chin; and (4) to provide a sealed declaration to the Pima County Attorney.

Discovery in this case closed on October 1, 2021. (Doc. 248.) Although discovery has been re-opened for a limited purpose, the scope of the re-opened discovery does not include the deposition of Conover or Chin, or the production of Chin's report or the Rule 24.2 motion. Accordingly, Plaintiff's Requests 1-3 should have been made in the form of a motion seeking to expand the scope of the re-opened discovery period.[1] *See* Fed. R. Civ. P. 7(b)(1) ("A request for a court order must be made by motion"). Plaintiff's Request 4 should have been made in the form of a motion to clarify the Court's orders sealing the declaration and denying Defendants' Motion to Unseal. *See id.*

---

[1] Furthermore, the Court's discovery dispute procedures require the parties to jointly call the undersigned's law clerk rather than email. (*See* Doc. 113 at 3.)

Accordingly,

**IT IS ORDERED** that the Court declines to take any action regarding Plaintiff's emailed requests.

Dated this 21st day of March, 2023.

_____
Honorable Rosemary Márquez
United States District Judge