MILLER, PITT, FELDMAN & McANALLY, P.C.
Stanley G. Feldman, SBN 000838
Peter Timoleon Limperis, SBN 019175
Timothy P. Stackhouse, SBN 30609
One S. Church Ave., Ste. 1000
Tucson, AZ 85701-1620
(520) 792-3836
sfeldman@mpfmlaw.com
plimperis@mpfmlaw.com
tstackhouse@mpfmlaw.com
me@mpfmlaw.com

THE LEADER LAW FIRM, P.C.
John P. Leader, SBN 012511
405 W. Cool Dr. Ste. 107
Tucson, AZ  85705
Phone (520) 575-9040
Fax (520) 575-9340
john@leaderlawaz.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Taylor, a single man,<br><br>    Plaintiff,<br><br>vs.<br><br>Pima County, a body politic; The City of Tucson, a body politic,<br><br>    Defendants. | No.  CV-15-00152-TUC-RM<br><br>**JOINT SETTLEMENT STATUS REPORT** |

There have been no meaningful settlement discussions following the unsuccessful June 15, 2021 Settlement Conference.

. . . .

. . . .

DATED April 3, 2023.

| MILLER, PITT, FELDMAN & McANALLY, P.C. | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
|---|---|
| */s/ Peter Timoleon Limperis* | */s/ Nicholas D. Acedo* |
| Stanley G. Feldman | Daniel P. Struck |
| Peter Timoleon Limperis | Nicholas D. Acedo |
| Timothy P. Stackhouse | Jacob B. Lee |

| THE LEADER LAW FIRM, P.C. | CITY OF TUCSON |
|---|---|
| */s/ John P. Leader* | */s/ Michelle Saavedra* |
| John P. Leader | Michelle Saavedra |
|  | Dennis McLaughlin |

I hereby certify that on April 3, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECR System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECR registrants:

Daniel P. Struck
Nicholas D. Acedo
Jacob B. Lee
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
dstruck@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com
*Attorneys for Defendant Pima County*

Michelle Saavedra
Dennis McLaughlin
Principal Assistant City Attorneys for
Michael G. Rankin
CITY OF TUCSON
PO Box 27210
Tucson, AZ 85726-7210
*Attorneys for Defendant City of Tucson*