MILLER, PITT, FELDMAN & McANALLY, P.C.
Stanley G. Feldman, SBN 000838
Peter Timoleon Limperis, SBN 019175
Timothy P. Stackhouse, SBN 30609
One S. Church Ave., Ste. 1000
Tucson, AZ 85701-1620
(520) 792-3836
sfeldman@mpfmlaw.com
plimperis@mpfmlaw.com
tstackhouse@mpfmlaw.com
me@mpfmlaw.com

THE LEADER LAW FIRM, P.C.
John P. Leader, SBN 012511
405 W. Cool Dr. Ste. 107
Tucson, AZ 85705
Phone (520) 575-9040
Fax (520) 575-9340
john@leaderlawaz.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Taylor, a single man,<br><br>Plaintiff,<br><br>vs.<br><br>Pima County, a body politic; The City of Tucson, a body politic,<br><br>Defendants. | No. CV-15-00152-TUC-RM<br><br>**RULE 25(b) MOTION TO SUBSTITUTE PARTY** |

Pursuant to FRCP 25(b) Nina Alley, lawfully appointed Guardian and Conservator for Louis Taylor should be substituted for Mr. Taylor as plaintiff in this matter. On March 1, 2023 Judge Julia K. Connors issued her Order Appointing Conservator for and Guardian of an Adult. (*Order*, Ex. 1) On March 7, 2023, Gary L.

Harrison, Clerk of the Superior Court for Pima County signed the Issuance of Letters of Appointment for Ms. Alley. (*Issuance*, Ex. 2)

Pursuant to Rule 25(b) this Motion will be served as provided in Rule 25(a)(3). Specifically, this Motion as well as a notice of hearing will be served on the City and County via Rule 5.

The caption should be changed to reflect Nina Alley as the Plaintiff in her capacity as Conservator and Guardian of Louis Taylor.

DATED this 3rd day of April, 2023.

                                MILLER, PITT, FELDMAN & MCANALLY, P.C.

                                By: */s/ Peter Timoleon Limperis*
                                    Stanley G. Feldman
                                    Peter Timoleon Limperis
                                    Timothy P. Stackhouse
                                    *Attorneys for Plaintiff*

                              THE LEADER LAW FIRM, P.C.

                                By: */s/ John P. Leader*
                                    John P. Leader
                                    *Attorneys for Plaintiff*

I hereby certify that on April 3, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECR System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECR registrants:

Daniel P. Struck
Nicholas D. Acedo
Jacob B. Lee
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
dstruck@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com
*Attorneys for Defendant Pima County*

2

Michelle Saavedra
Dennis McLaughlin
Principal Assistant City Attorneys for
Michael G. Rankin
CITY OF TUCSON
PO Box 27210
Tucson, AZ 85726-7210
*Attorneys for Defendant City of Tucson*

3

# EXHIBIT 1

LAW OFFICES
DUFFIELD ADAMSON & HELENBOLT, P.C.
3430 E. SUNRISE DRIVE, SUITE 200
TUCSON, ARIZONA 85718-3236
TELE: (520) 792-1181

John N. Helenbolt
jhelenbolt@duffieldlaw.com
State Bar # 013254/PCC# 24976
Attorneys for Guardian/Conservator

*MAR - 1 2023*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| In the Matter of the Guardianship and Conservatorship of<br><br>LOUIS TAYLOR,<br><br>An Incapacitated and Protected Adult,<br><br>DOB:   04/06/1954 | No.  GC 2023 0007<br><br>**ORDER APPOINTING CONSERVATOR FOR AND GUARDIAN OF AN ADULT**<br><br>(Hon. Julia K. Connors) |

The Petition Appointment of Conservator for and Guardian of an Adult having been considered, the above-captioned person LOUIS TAYLOR being represented, and ☐ being present OR ☒ not being present, his presence having been waived by counsel, this Court finds by clear and convincing evidence:

1. Petitioner NINA ALLEY is entitled to file the petition under A.R.S. §§14-5303, 14-5303 and 14-5404.

2. Venue in this county is proper.

3. Notice has been given and service has been made as required by law.

4. The reports of the court-appointed investigator and medical examiner have been submitted to the court.

5. The above-named person is an incapacitated person and appointment of a guardian

1

is necessary to provide for the demonstrated needs of said person.

6. The appointment of a guardian is not due solely to a physical disability, and therefore the provisions of A.R.S. §14-5304(F) apply.

7. Appointment of a conservator is necessary because the above-named person is in need of protection and meets the conditions of A.R.S. §14-5401.

8. NINA ALLEY of 3500 N. Calle Rosario, Tucson, Arizona is qualified to serve as guardian of the incapacitated person and has priority for appointment under A.R.S. §14-5311.

9. NINA ALLEY of 3500 N. Calle Rosario, Tucson, Arizona, is qualified to serve as conservator of the estate of the protected person and is entitled to appointment under A.R.S. §14-5410.

10. Bond pursuant to A.R.S. 14-5411 is not required at this time as there is a pending civil settlement and no other assets. All of the protected person's income is used for his care and needs.

IT IS THEREFORE ORDERED:

A. NINA ALLEY is appointed Guardian of LOUIS TAYLOR, the incapacitated person. Upon acceptance, Letters of Appointment of Guardian shall be issued subject to the following restrictions: _No Restrictions_

B. The Guardian ☒ does ☐ does not have the authority to withhold or withdraw life sustaining treatment, including artificial food and fluid.

C. The ward's privilege to obtain or retain a driver's license is suspended pursuant to

A.R.S. §14-5304.01. The ward's privilege to obtain or retain voting rights ☐ is ☐ is not suspended pursuant to A.R.S. §14-5304.01.

D. NINA ALLEY is appointed Conservator for LOUIS TAYLOR, the protected person, and, upon acceptance and filing an approved bond in the amount of $ _N/A_ , Letters of Appointment of Conservator shall be issued, subject to the following restrictions:

_No restrictions_

E. The Conservator shall file an Inventory within ninety (90) days of appointment.

F. The Guardian/Conservator is vested with authority specifically intended to comply with the requirements of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), as currently codified as 42 USC 1320d, with regulations implementing its effect at 45 CFR 160-164, as they now exist and as they may be amended. Accordingly, any health care provider or other entity required by that law to maintain medical records confidentially is expressly *authorized* to provide any and all such information, whether past, present or future, to the guardian without restriction or limitation except that the provision of information shall be for the scope of this protective proceeding only.

G. The Guardian shall report to the court annually on a date to be set by the court.

H. The Conservator shall account to the court annually on a date to be set by the court.

I. The court-appointed investigator and medical examiner previously appointed are

3

discharged.

J. The court-appointed attorney, MARK EVANS, ☒ is discharged ☐ is **not** discharged.

K. The Guardian/Conservator shall immediately notify the Court of any change of address.

DATED: 2/27/23

*Julia K. Connors*

Hon. Julia K. Connors
Superior Court, Probate Division

**THIS ORDER DOES NOT AUTHORIZE ANY TRANSACTION.**
**LETTERS MUST BE ISSUED**

APPOINTEE SHALL RECEIVE ONE CERTIFIED COPY OF THE Letters FREE OF CHARGE.

4

# EXHIBIT 2

**FILED**

MAR 7 2023

GARY L. HARRISON, Clerk

_____ Deputy

LAW OFFICES
DUFFIELD ADAMSON & HELENBOLT, P.C.
3430 E. SUNRISE DRIVE, SUITE 200
TUCSON, ARIZONA 85718-3236
TELE: (520) 792-1181

John N. Helenbolt
jhelenbolt@duffieldlaw.com
State Bar # 013254/PCC# 24976
Attorneys for Guardian/Conservator

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| In the Matter of the Guardianship and Conservatorship of<br><br>LOUIS TAYLOR,<br><br>An Incapacitated and Protected Adult,<br><br>DOB: 04/06/1954 | No. GC 2023 0007<br><br>**LETTERS OF APPOINTMENT OF CONSERVATOR** |

**ISSUANCE OF LETTERS**

NINA ALLEY is appointed Conservator of the estate of LOUIS TAYLOR, a protected adult, pursuant to court appointment. Further restrictions are:

No restrictions.

WITNESS: MAR 7 2023

**GARY L. HARRISON**
**CLERK OF THE SUPERIOR COURT**

By: _____
Deputy Clerk

SEAL  STATE OF ARIZONA } ss.
COUNTY OF PIMA

This foregoing instrument is a full, true, and correct copy of the original on file in this office, that letters were issued on 3-7-2023, and said letters are now in full force & effect.

Attested MAR - 8 2023
GARY L. HARRISON, CLERK
By _____
Deputy Clerk

1