# Plaintiff's Exhibit 4

*Taylor v. Pima County, et al.*
*CV-15-00152-TUC-RM*

From: **Laura Conover** <Laura.Conover@pcao.pima.gov>
Date: Sat, May 28, 2022, 3:23 PM
Subject: draft op ed Pioneer Fire
To: Laura Conover <lconover17@gmail.com>

As your prosecutor, I move deliberatively. I take solemn my vow to do the right thing. And that means we do things right, and not rushed.
Early last week, after an exhaustive 17 month investigation, our team reached a conclusion that was perhaps predictable. But as your prosecutor, I don't act on predictions or suspicions or emotions. And I sure don't act on political or media pressure. I didn't take this job to be popular.
Last week, I concluded that the Pima County Attorney's Office could no longer support the criminal conviction against Louis Taylor in the Pioneer Hotel fire of 1970.
And then, as I have done the last 18 months for any family member who has lost someone and found themselves entangled in the criminal justice system, I started placing calls all across the country to anyone we could find who was impacted on that unholy night in December of 1970 when 29 souls were lost to the fire that has plagued our community ever since. Each child and grandchild of the departed got to hear my voice, ask me questions directly, and to hear this truth:
Fire science has come a long, long way since 1970, and it is now understood that accidental fire more likely caused the Pioneer Hotel to go up in a blazing burn rather than arson. And,
Though it was accepted (BUT WRONG) in 1970 to allow race to be considered evidence in a criminal investigation, the original investigation was contaminated by the concept that "black people are comfortable with setting fires," which led to a profiled hunt and in part to the deliberate targeting of a 16 year old black boy who we know rescued several lives that night to instead end up as a suspect by dawn.
The fire destroyed forever downtown's most popular hotel. Only the façade remains. It harmed legendary families who ran businesses in downtown that would eventually shutter in the aftermath. The fire scarred our community. And, the blaming of the 16 year old black boy, his prosecution, his 40 years in prison despite a quiet, respectful plea of innocence was the tragic band-aid that kept the community from healing. The wound of injustice continued to bleed until today as we file our Motion to Vacate Conviction, finally, in CR-1971 – Pima County v. Louis Taylor.
Like many of the commitments I made to Pima County, it did not come fast enough for some. And, in coming weeks and months there will be more developments after other exhaustive investigations. For those who want a "D.A." to hold emotional, hand wringing, fist pounding press conferences, that's not me. I will not be rushed. A public official is best when they are the cool, calm, and deliberative voice in the middle of the storm that is our current world.
And, like many of the reforms we have initiated- marijuana expungement, initial appearance reform, conviction integrity- the Court will play their role, and take the matter from here. They are again free to disagree.
But the People's Office has now spoken on the nightmare of that December night in 1970, and 52 years later, it is time for us to awaken and let the healing begin.

TAYLOR015275