MILLER, PITT, FELDMAN & McANALLY, P.C.
Stanley G. Feldman, SBN 000838
Peter Timoleon Limperis, SBN 019175
Timothy P. Stackhouse, SBN 30609
One S. Church Ave., Ste. 1000
Tucson, AZ 85701-1620
(520) 792-3836
sfeldman@mpfmlaw.com
plimperis@mpfmlaw.com
tstackhouse@mpfmlaw.com
me@mpfmlaw.com

THE LEADER LAW FIRM, P.C.
John P. Leader, SBN 012511
405 W. Cool Dr. Ste. 107
Tucson, AZ  85705
Phone (520) 575-9040
Fax (520) 575-9340
john@leaderlawaz.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Taylor, a single man,<br><br>Plaintiff,<br><br>vs.<br><br>Pima County, a body politic; The City of Tucson, a body politic,<br><br>Defendants. | No.  CV-15-00152-TUC-RM<br><br>**PLAINTIFF'S RULE 37 AND LRCiv 37.1 CERTIFICATION** |

Pursuant to Rule 37, FRCP, and LRCiv. 37.1, counsel for Plaintiff Louis Taylor certify that they have conferred in good faith with Defendant Pima County's counsel to obtain the requested documents without Court action. *See Exs. 12, 13, 17.*

The motion seeks to compel production of documents responsive to Plaintiff's Second Set of Requests for Production. *Ex. 18.*

1) Inspection Requested: "Please produce the entire Pima County Attorney Prosecution file, from December 20, 1971 through present, including but not limited to all documents and data of any kind related to the County's 2012-2013 decision requiring Mr. Taylor to enter 'no contest' pleas."

2) Response Received: *See Ex. 19, Defendant's 3rd Supplemental Response to 2nd RFP.*

3) The response is deficient because it does not contain any part of the file that was generated after 2013, in particular documents related to an independent review of Taylor's convictions by the Pima County Attorney's Office in 2021–22.

DATED:  April 14, 2023.

                              MILLER, PITT, FELDMAN & MCANALLY, P.C.

                              By: */s/ Timothy P. Stackhouse*
                                  Stanley G. Feldman
                                       Peter Timoleon Limperis
                                       Timothy P. Stackhouse
                                       *Attorneys for Plaintiff*

                              THE LEADER LAW FIRM, P.C.

                              By: */s/John P. Leader*
                                   John P. Leader
                                   *Attorneys for Plaintiff*

. . .

. . .

I hereby certify that on April 14, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECR System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECR registrants:

Daniel P. Struck
Nicholas D. Acedo
Jacob B. Lee
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
dstruck@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com
*Attorneys for Defendant Pima County*

Michelle Saavedra
Dennis McLaughlin
Principal Assistant City Attorneys for
Michael G. Rankin
CITY OF TUCSON
PO Box 27210
Tucson, AZ 85726-7210
*Attorneys for Defendant City of Tucson*