IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Taylor,<br><br>    Plaintiff,<br><br>v.<br><br>County of Pima, et al.,<br><br>    Defendants. | No. CV-15-00152-TUC-RM<br><br>**ORDER** |

Pending before the Court are numerous Motions to Seal.  (Docs. 594, 596, 598, 601, 603, 606, 611.)  Good cause appearing, and pursuant to this Court's prior Orders,

**IT IS ORDERED** that the Motions to Seal (Docs. 594, 596, 598, 601, 603, 606, 611) are **granted**.  The Clerk of Court is directed to file the following lodged proposed documents **UNDER SEAL**:

- Defendants' Joint Motion to Modify Seal Order (including exhibits) (lodged at Doc. 595)
- Defendants' Joint Response to Declarant's Notice re: Deposition Conditions and Reply to Plaintiff's Response (including exhibits) (lodged at Doc. 597)
- Defendants' Motion for Extension of Time Re: Supplementation Deadline (lodged at Doc. 599)
- Plaintiff's Opposition to Defendants' Joint Motion to Modify Seal Order (including exhibits) (lodged at Doc. 602)

. . . .

- Defendants' Joint Motion for Expedited Briefing and Resolution (lodged at Doc. 604)
- Plaintiff's Request for Under Advisement Ruling and to Clarify Seal Order (lodged at Doc. 607)
- Defendants' Reply in Support of Joint Motion to Modify Seal Order (including exhibits) (lodged at Doc. 612)

Dated this 17th day of May, 2023.

_____
Honorable Rosemary Márquez
United States District Judge