THE LEADER LAW FIRM, P.C.
John P. Leader, SBN 012511
405 W. Cool Dr., Suite 405
Tucson, AZ  85704
*John P. Leader, Esq.*
(520) 575-9040

MILLER, PITT, FELDMAN
 & McANALLY, P.C.
Stanley G. Feldman, SBN 000838
Peter Timoleon Limperis, SBN 019175
Timothy P. Stackhouse, SBN 030609
One South Church Avenue, Suite 900
Tucson, Arizona 85701-1620
(520) 792-3836

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NINA ALLEY, as Guardian and Conservator for and on behalf of Louis Taylor, a single man,<br><br>Plaintiff,<br><br>vs.<br><br>Pima County, a body politic; The City of Tucson, a body politic,<br><br>Defendants. | No.  CV-15-00152-TUC-RM<br><br>**PLAINTIFF'S REQUEST FOR EXPEDITED SEALED STATUS CONFERENCE** |

Trial is set for September 13, 2023.  Taylor hopes the trial will proceed and the City has objected to moving the trial from September.  *See* Doc. 605.

Multiple motions and issues are pending.  Plaintiff Taylor respectfully asks that the Court set a sealed status conference to take place prior to May 30, as Taylor's

counsel (Leader) leaves May 31 to attend an out of state conference, returning June 12th.

Plaintiff respectfully asks that the Court address/resolve all pending issues or motions, including but not limited to the following:

1) whether the sealed declaration may be provided to Pima County Attorney Laura Conover - the Court took this issue under advisement September 27, 2022 (Doc. 458) and has not yet ruled

2) Related to "1)," Taylor's Motion to Clarify the Seal order (Doc. 606, 607, Request for Under Advisement Ruling) (not fully briefed) – seeking clarification that the seal order allows Ms. Conover to receive the declaration;

3) Taylor Motion to re-open discovery – (Docs 470, 575, 609, Plaintiff's Reply due on May 19, 2023) - Taylor seeks two documents (Prof. Chin's exoneration report and his state court Rule 24.2 motion to exonerate) and to depose County Attorney Conover and Chin;

4) Defendants' Motion to Modify Seal Order – Doc 595

5) Defendants' Motion to Expedite briefing on Doc 595 – Doc 604

6) Defendants' Motion for Extension to Submit supplemental brief

DATED this 19th day of May, 2023.

> MILLER, PITT, FELDMAN & McANALLY, PC
>
> */s/ Peter T. Limperis*
> Stanley G. Feldman
> Peter T. Limperis
> Timothy P. Stackhouse

. . .

THE LEADER LAW FIRM, P.C.

*/s/ John P. Leader*
John P. Leader

I hereby certify that on May 19, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECR System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECR registrants:

Daniel P. Struck
Nicholas D. Acedo
Jacob B. Lee
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
dstruck@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com
*Attorneys for Defendant Pima County*

Michelle Saavedra
Dennis McLaughlin
Principal Assistant City Attorneys for
Michael G. Rankin
CITY OF TUCSON
PO Box 27210
Tucson, AZ 85726-7210
*Attorneys for Defendant City of Tucson*

3