MILLER, PITT, FELDMAN & McANALLY, P.C.
Stanley G. Feldman, SBN 000838
Peter Timoleon Limperis, SBN 019175
Timothy P. Stackhouse, SBN 30609
One S. Church Ave., Ste. 1000
Tucson, AZ 85701-1620
(520) 792-3836
sfeldman@mpfmlaw.com
plimperis@mpfmlaw.com
tstackhouse@mpfmlaw.com
me@mpfmlaw.com

THE LEADER LAW FIRM, P.C.
John P. Leader, SBN 012511
405 W. Cool Dr. Ste. 107
Tucson, AZ  85705
Phone (520) 575-9040
Fax (520) 575-9340
john@leaderlawaz.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Taylor, a single man,<br><br>   Plaintiff,<br><br>vs.<br><br>Pima County, a body politic; The city of Tucson, a body politic,<br><br>   Defendants. | No.  15-cv-00152-TUC-RM<br><br>**PLAINTIFF'S LRCIV 5.6 MOTION TO FILE PLAINTIFF'S RESPONSE TO CITY OF TUCSON'S SUPPLEMENTAL BRIEF UNDER SEAL**<br><br>**Judge Marquez** |

Plaintiff Louis Taylor moves this Court for the entry of an Order granting Plaintiff the right to file under seal Plaintiff's Response to Defendant City of Tucson's Supplemental Brief.

This motion should be granted and the Court should permit Plaintiff to file Plaintiff's Response to Defendant City of Tucson's Supplemental Brief under seal.

DATED May 31, 2023.

        MILLER, PITT, FELDMAN & McANALLY, P.C.

        */s/ Peter Timoleon Limperis*
        Stanley G. Feldman
        Peter Timoleon Limperis
        Timothy P. Stackhouse

        THE LEADER LAW FIRM, P.C.

        */s/ John P. Leader*
        John P. Leader

I hereby certify that on May 31, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECR System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECR registrants:

Daniel P. Struck
Nicholas D. Acedo
Jacob B. Lee
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 W. Ray Rd., Ste. 300
Chandler, AZ 85226
dstruck@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com
*Attorneys for Defendant Pima County*

Michelle Saavedra
Dennis McLaughlin
Principal Assistant City Attorneys for
Michael G. Rankin
CITY OF TUCSON
PO Box 27210
Tucson, AZ 85726-7210
michelle.saavedra@tucsonaz.gov
Dennis.McLaughlin@tucsonaz.gov
*Attorneys for Defendant City of Tucson*

1  Amy P. Knight
2  Knight Law Firm, P.C.
   3849 E. Broadway Blvd., #288
3  Tucson, AZ. 85716-5407
   *Attorney for Sealed Witness*
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25