# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Louis Taylor, et al., | No. CV-15-00152-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| County of Pima, et al., | |
| Defendants. | |

Pending before the Court are Motions to Seal filed by Plaintiff and Defendants (Docs. 654, 657, 659, 661, 663). Good cause appearing, and pursuant to this Court's prior Orders,

**IT IS ORDERED** that the Motions to Seal (Docs. 654, 657, 659, 661, 663) are **granted**. The Clerk of Court is directed to file the following **UNDER SEAL**:

- Defendant's Joint Response to Plaintiff's Request to Clarify Seal Order and Motion for Reconsideration (lodged at Doc. 655)
- Plaintiff's Response to City of Tucson's Supplemental Brief (lodged at Doc. 658)
- Plaintiff's Response to Pima County's Supplemental Brief (lodged at Doc. 660)
- City of Tucson's Response to Plaintiff's Supplemental Brief (lodged at Doc. 662)

. . . .

. . . .

. . . .

. . . .

- Pima County's Response to Plaintiff's Supplemental Brief (lodged at Doc. 664)

Dated this 1st day of June, 2023.

_____
Honorable Rosemary Márquez
United States District Judge