MILLER, PITT, FELDMAN & MCANALLY, P.C.
Stanley G. Feldman, SBN 000838
Peter Timoleon Limperis, SBN 019175
Timothy P. Stackhouse, SBN 30609
One S. Church Ave., Ste. 1000
Tucson, AZ 85701-1620
(520) 792-3836
sfeldman@mpfmlaw.com
plimperis@mpfmlaw.com
tstackhouse@mpfmlaw.com
me@mpfmlaw.com

THE LEADER LAW FIRM, P.C.
John P. Leader, SBN 012511
405 W. Cool Dr. Ste. 107
Tucson, AZ  85705
Phone (520) 575-9040
Fax (520) 575-9340
john@leaderlawaz.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nina Alley, as Guardian and Conservator for and on behalf of Louis Taylor, a single man,<br><br>Plaintiff,<br><br>vs.<br><br>Pima County, a body politic; The City of Tucson, a body politic,<br><br>Defendants. | No.  15-cv-00152-TUC-RM<br><br>**PLAINTIFF'S REQUEST FOR EXTENSION TO FILE OPPOSITION TO DEFENDANTS' MOTION TO COMPEL DISCOVERY** |

Plaintiff requests that the deadline to file the opposition to Defendants' Motion to Compel Discovery (Dkt. 687) be extended until the date which Inter-State must file its own opposition. That date is not yet set. Currently, Pima County is waiting to

provide a copy to Inter-State as the motion itself was filed under seal and the Court has not ruled whether the County can provide the motion to Inter-State.

DATED July 5, 2023.

            MILLER, PITT, FELDMAN & McANALLY, P.C.

            */s/ Timothy P. Stackhouse*
            Stanley G. Feldman
            Peter Timoleon Limperis
            Timothy P. Stackhouse

            THE LEADER LAW FIRM, P.C.

            */s/ John P. Leader*
            John P. Leader

I hereby certify that on July 5, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECR System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECR registrants:

Daniel P. Struck
Nicholas D. Acedo
Jacob B. Lee
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 W. Ray Rd., Ste. 300
Chandler, AZ 85226
dstruck@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com
*Attorneys for Defendant Pima County*

Michelle Saavedra
Dennis McLaughlin
Principal Assistant City Attorneys for
Michael G. Rankin
CITY OF TUCSON
PO Box 27210
Tucson, AZ 85726-7210
michelle.saavedra@tucsonaz.gov
Dennis.McLaughlin@tucsonaz.gov
*Attorneys for Defendant City of Tucson*