**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nina Alley,<br><br>            Plaintiff,<br><br>v.<br><br>County of Pima, et al.,<br><br>            Defendants. | No. CV-15-00152-TUC-RM<br><br>**ORDER** |

Pending before the Court is Michael Edward Aguilar's pro se Motion to Intervene. (Doc. 681.) Mr. Aguilar asserts that he was illegally imprisoned even though he was actually innocent, and he seeks to intervene in this matter "to convince the Court that at no time are Defendants deserving of any benefit of doubt." (*Id.* at 7-8.)

The Court must permit anyone to intervene who has an unconditional federal statutory right to intervene or who "claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest." Fed. R. Civ. P. 24(a). The Court also may permit anyone to intervene who has a conditional federal statutory right to intervene or who "has a claim or defense that shares with the main action a common question of law or fact." Fed. R. Civ. P. 24(b).

Mr. Aguilar has not shown that intervention of right or permissive intervention is appropriate under Rule 24 of the Federal Rules of Civil Procedure. Accordingly, his

Motion to Intervene will be denied.

**IT IS ORDERED** that the pro se Motion to Intervene (Doc. 681) is **denied**.

Dated this 3rd day of August, 2023.

_____
Honorable Rosemary Márquez
United States District Judge