MILLER, PITT, FELDMAN & McANALLY, P.C.
Stanley G. Feldman, SBN 000838
Peter Timoleon Limperis, SBN 019175
Timothy P. Stackhouse, SBN 30609
One S. Church Ave., Ste. 1000
Tucson, AZ 85701-1620
(520) 792-3836
sfeldman@mpfmlaw.com
plimperis@mpfmlaw.com
tstackhouse@mpfmlaw.com
me@mpfmlaw.com

THE LEADER LAW FIRM, P.C.
John P. Leader, SBN 012511
405 W. Cool Dr. Ste. 107
Tucson, AZ 85705
(520) 575-9040
john@leaderlawaz.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nina Alley, as Guardian and Conservator for and on behalf of Louis Taylor, a single man,<br><br>Plaintiff,<br><br>vs.<br><br>Pima County, a body politic; The City of Tucson, a body politic,<br><br>Defendants. | No. 15-cv-00152-TUC-RM<br><br>**PLAINTIFF'S MOTION FOR EXPEDITED RULINGS ON DOC. 710 AND 712** |

Plaintiff requests the Court rule on Laura Conover and Jack Chin's Motion for Protective Order (Doc. 710) and Plaintiffs Motion for Special Master and

Request for In Camera Submission of Documents (Doc. 712) on an expedited basis. The Plaintiff hopes to meaningfully proceed with the currently scheduled dates for the depositions of Jack Chin (September 15, 2023) and Laura Conover (September 26, 2023), but without rulings on these issues may be unable to fully proceed.

DATED this 18th day of August, 2023.

MILLER, PITT, FELDMAN & MCANALLY, P.C.

By: */s/ Peter Timoleon Limperis*
Stanley G. Feldman
Peter Timoleon Limperis
Timothy P. Stackhouse
*Attorneys for Plaintiff*

THE LEADER LAW FIRM, P.C.

By: */s/John P. Leader*
John P. Leader
*Attorneys for Plaintiff*

I hereby certify that on August 18th, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECR System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECR registrants:

Daniel P. Struck
Nicholas D. Acedo
Jacob B. Lee
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
dstruck@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com
*Attorneys for Defendant Pima County*

. . .

. . .

Michelle Saavedra
Dennis McLaughlin
Principal Assistant City Attorneys for
Michael G. Rankin
CITY OF TUCSON
PO Box 27210
Tucson, AZ 85726-7210
Dennis.McLaughlin@tucsonaz.gov
Michelle.Saavedra@tucsonaz.gov
*Attorneys for Defendant City of Tucson*

Scott Rhodes
SPENCER FANE LLP
2415 East Camelback Road, Suite 600
Phoenix, AZ 85016-4251
srhodes@spencerfane.com
*Attorneys for Pima County Attorney's Office*

3