Scott Rhodes (Bar No. 016721)
SPENCER FANE LLP
2415 E. Camelback Road, Suite 600
Phoenix, AZ 85016-4251
Telephone: (602) 333-5442
Facsimile: (602) 333-5431
srhodes@spencerfane.com

Attorneys for Laura Conover and Gabriel ("Jack") Chin

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Nina Alley,<br><br>    Plaintiff,<br>        v.<br><br>Pima County, a body politic; The City of Tucson, a body politic,<br><br>    Defendants. | Case No. CV-15-00152-TUC-RM<br><br>**NOTICE OF COMPLIANCE** |

      Third-party deponents Pima County Attorney Laura Conover, and Gabriel ("Jack") Chin ("Deponents"), by and through undersigned counsel, hereby confirm that pursuant to this Court's Order (Doc. 742) they have this 30th day of August, 2023, hand-delivered the following documents listed on the privilege log to chambers for *in camera* review: documents 9, 10, 12, 13, 15, 17, 19, 25-34, and 36.

      DATED this 30th day of August, 2023.

SPENCER FANE LLP

*s/ Scott Rhodes*
Scott Rhodes
Attorneys for Laura Conover and Gabriel ("Jack") Chin

PH 2222971.1

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2023, a copy of the foregoing was filed electronically using the Clerk of Court's CM/ECF system, which will provide notice to all counsel of record.

MILLER, PITT, FELDMAN & MCANALLY, P.C.
Stanley G. Feldman
Peter Timoleon Limperis
Timothy P. Stackhouse
One S. Church Ave., Ste. 1000
Tucson, AZ 85701-1620
plimperis@mpfmlaw.com
tstackhouse@mpfmlaw.com
me@mpfmlaw.com

THE LEADER LAW FIRM, P.C.
John P. Leader
405 W. Cool Dr. Ste. 107
Tucson, AZ 85705
john@leaderlawaz.com
Attorneys for Plaintiff

Daniel P. Struck
Nicholas D. Acedo
Jacob B. Lee
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
dstruck@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com
Attorneys for Defendant Pima County

Michelle Saavedra
Dennis McLaughlin
Principal Assistant City Attorneys for
Michael G. Rankin
CITY OF TUCSON
PO Box 27210
Tucson, AZ 85726-7210
Attorneys for Defendant City of Tucson

s/ Katrina Thomas

1

PH 2222971.1