IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nina Alley, | No. CV-15-00152-TUC-RM |
| Plaintiffs, | **ORDER** |
| v. | |
| County of Pima, et al., | |
| Defendants. | |

On September 11, 2023, the Court ordered that certain documents listed on a privilege log produced by Defendant Pima County be disclosed to Plaintiff. (Doc. 766.) The following morning, counsel for Pima County emailed the undersigned's law clerk to notify chambers of the following issues: (1) Defendants seek a Court Order clarifying that the Pima County Attorney shall disclose the documents at issue to Defendants as well as Plaintiff; (2) Defendants seek to postpone the depositions of Laura Conover ("Conover") and Jack Chin (collectively, "Deponents") to allow Defendants adequate time to review the disclosed documents; and (3) Conover seeks to split her deposition over two days to accommodate her travel schedule. Counsel later notified chambers that the first issue had become moot, as Deponents' counsel had confirmed he would send the documents to Defendants.[1]

. . . .

. . . .

---

[1] At a hearing held on September 6, 2023, Deponents' counsel orally requested a protective order. The Court clarifies that the request for a protective order is denied.

**IT IS ORDERED**:

1. Defendants' request to postpone the depositions of Laura Conover and Jack Chin is **denied**. Plaintiff and Defendants have equal time to review the documents at issue, and the Court finds there is sufficient time before the currently scheduled depositions to conduct the review. The documents are not particularly extensive and consist of similar draft iterations.

2. Conover's request to split her deposition over two days is **denied**. The parties shall start the deposition earlier on the scheduled date to accommodate Conover's travel schedule.

Dated this 12th day of September, 2023.

_____
Honorable Rosemary Márquez
United States District Judge