STRUCK LOVE BOJANOWSKI & ACEDO, PLC
Daniel P. Struck, Bar #012377
Nicholas D. Acedo, Bar #021644
Jacob B. Lee, Bar #030371
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
dstruck@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com

*Attorneys for Defendant Pima County*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Nina Alley, | No. CV-15-00152-TUC-RM |
| Plaintiff, | **DEFENDANT'S SUPPLEMENT RE: NOTICE OF TRIAL CONFLICT** |
| v. | |
| County of Pima, et al., | |
| Defendants. | |

Defendant Pima County gives notice that the District Judge in *Coyoy* has ruled that it will not be resetting the February 5, 2024 trial in the *Coyoy* matter. *See Coyoy v. CoreCivic, Inc.*, CV-19-00916-FB (W.D. Tex.), Doc. 128. Therefore, a trial conflict still remains.

DATED this 27th day of October, 2023.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By  /s/ Daniel P. Struck
    Daniel P. Struck
    Nicholas D. Acedo
    Jacob B. Lee
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

*Attorneys for Defendant Pima County*

# CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| John P. Leader | john@leaderlawaz.com |
| Peter T. Limperis | plimperis@mpfmlaw.com |
| Stanley G. Feldman | sfeldman@mpfmlaw.com |
| Timothy P. Stackhouse | tstackhouse@hmpmlaw.com |
| Michelle R. Saavedra | michelle.saavedra@tucsonaz.gov |
| Dennis P. McLaughlin | Dennis.McLaughlin@tucsonaz.gov |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

N/A

/s/Daniel P. Struck

2