DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| U.S. District Judge: Rosemary Márquez | Date: December 7, 2023 |
| Louis Taylor v County of Pima, et al. | Case Number: CV-15-00152-TUC-RM |

Attorneys for the plaintiff: John Leader, Peter Limperis, and Timothy Stackhouse.
Attorney for the defendant, County of Pima: Daniel Struck and Nicholas Acedo
Attorneys for the defendant, City of Tucson: Michelle Saavedra and Dennis McLaughlin
Court reporter: Erica McQuillen
Courtroom deputy: Sandra G. Fuller

**Status Conference**

The Court notes a Notice of Conflict (Doc. 781) has been filed by the defendant, Pima County. The Court asks the parties for an update regarding the status of the case and states the jury trial is currently set February 5, 2024.

Counsel for the plaintiff confirm they are prepared to go forward with trial on the date currently set.

Counsel for the defendant, County of Pima, disagree and note the parties are still awaiting a ruling on pending motions for summary judgment; counsel also note a conflict with the current trial date.

The Court is aware the parties are awaiting a summary judgment ruling. The Court would like the parties to attend a settlement conference.

Counsel for the plaintiff estimate the trial will last no longer than two weeks. Counsel for the defendants disagree and estimate the trial will last three weeks.

The Court **VACATES** the jury trial currently set February 5, 2024, and **RESETS** the **jury trial** to **April 22, 2024, at 1:30 p.m.**

The Court **ORDERS** counsel to submit up to 25 stipulated questions and a stipulated summary of the case by February 15, 2024.

The Court sets a settlement conference before the Honorable D. Thomas Ferraro on February 26, 2024, and February 27, 2024. Thereafter, the **Settlement Conference** currently set is vacated and **ACCELERATED** to **February 20, 2024, and February 21, 2024, at 9:00 a.m.** with the courtroom to be announced at a later date. This matter is referred to Magistrate Judge D. Thomas Ferraro for the limited purpose of conducting the settlement conference.

Thereafter, the Court sets a **Final Pretrial Conference** on **April 11, 2024, at 2:00 p.m.** to discuss the jury questionnaires and address any motions *in limine*.

Status Conference: 2:00 p.m. to 2:16 p.m. (16 minutes)