MILLER, PITT, FELDMAN & McANALLY, P.C.
Stanley G. Feldman, SBN 000838
Peter Timoleon Limperis, SBN 019175
Timothy P. Stackhouse, SBN 30609
One S. Church Ave., Ste. 1000
Tucson, AZ 85701-1620
(520) 792-3836
sfeldman@mpfmlaw.com
plimperis@mpfmlaw.com
tstackhouse@mpfmlaw.com
me@mpfmlaw.com

THE LEADER LAW FIRM, P.C.
John P. Leader, SBN 012511
405 W. Cool Dr. Ste. 107
Tucson, AZ  85705
(520) 575-9040
john@leaderlawaz.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nina Alley, as Guardian and Conservator for and on behalf of Louis Taylor, a single man,<br><br>Plaintiff,<br><br>vs.<br><br>Pima County, a body politic; The City of Tucson, a body politic,<br><br>Defendants. | No.  15-cv-00152-TUC-RM<br><br>**PLAINTIFF'S REQUEST FOR EXTENSION TO FILE JOINT PROPOSED FINAL PRETRIAL ORDER** |

Plaintiff requests the Court extend the current deadline of February 20, 2024 for the Joint Pretrial Statement until March 1, 2024. This motion is unopposed and is

not made for the purpose of delay.

The current draft of the statement is exceptionally long, and Plaintiff is preparing for the two day settlement conference on February 20 and 21, 2024. Moreover, the trial date is still more than two months away and a short extension will have no determinantal impact.

The motion should be granted.

DATED: February 16, 2024.

                                MILLER, PITT, FELDMAN & MCANALLY, P.C.

                                By: */s/ Peter Timoleon Limperis*
                                     Stanley G. Feldman
                                     Peter Timoleon Limperis
                                     Timothy P. Stackhouse
                                     *Attorneys for Plaintiff*


                              THE LEADER LAW FIRM, P.C.

                                By: */s/John P. Leader*
                                     John P. Leader
                                     *Attorneys for Plaintiff*

I hereby certify that on February 16, 2024., I electronically transmitted the attached document to the Clerk's Office using the CM/ECR System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECR registrants:

Daniel P. Struck
Nicholas D. Acedo
Jacob B. Lee
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, AZ 85226
dstruck@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com
*Attorneys for Defendant Pima County*

2

1  Michelle Saavedra
   Dennis McLaughlin
2  Principal Assistant City Attorneys for
   Michael G. Rankin
3  CITY OF TUCSON
   PO Box 27210
4  Tucson, AZ 85726-7210
5  Dennis.McLaughlin@tucsonaz.gov
   Michelle.Saavedra@tucsonaz.gov
6  *Attorneys for Defendant City of Tucson*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3