STRUCK LOVE BOJANOWSKI & ACEDO, PLC
Daniel P. Struck, Bar #012377
Nicholas D. Acedo, Bar #021644
Jacob B. Lee, Bar #030371
3100 West Ray Road, Suite 300
Chandler, Arizona  85226
Telephone:  (480) 420-1600
dstruck@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com

*Attorneys for Defendant Pima County*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nina Alley,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>County of Pima, et al.,<br><br>　　　　　　　　　　Defendants. | NO. CV-15-00152-TUC-RM<br><br>**PIMA COUNTY'S MOTION FOR LEAVE TO FILE NON-ELECTRONIC EXHIBITS RE: MOTIONS IN LIMINE** |

Pursuant to LRCiv 5.5(c) and Section II(N)(2) of the Electronic Case Filing Administrative Policies and Procedures Manual for the District of Arizona, Defendant Pima County requests leave to file the below exhibits non-electronically.  These exhibits, which are video broadcasts and/or recordings, are cited in Defendants' Joint Motion in Limine Re: Compensatory Damages, Defendant Pima County's Motion in Limine Re: Dismissed Theories and Claims, and Defendant Pima County's Motion in Limine Re: Documentaries and should be considered in conjunction with that briefing.

| Exhibit No. | **Joint Motion in Limine Re: Compensatory Damages**<br><br>**Description** |
|---|---|
| 6. | Plaintiff's Trial Ex. 734 – This Damn Town |
| **Exhibit No.** | **Motion in Limine Re: Dismissed Theories and Claims**<br><br>**Description** |
| 2. | Plaintiff's Trial Ex. 757 – Mike Brown Video |

| Exhibit No. | **Motion in Limine Re: Documentaries** <br><br> **Description** |
|---|---|
| 4. | Plaintiff's Trial Ex. 736-744 – Claus Bergman Video Clips |

DATED this 18th day of March, 2024.

STRUCK LOVE BOJANOWSKI & ACEDO, PLC


By  /s/Nicholas D. Acedo
  Daniel P. Struck
  Nicholas D. Acedo
  Jacob B. Lee
  3100 West Ray Road, Suite 300
  Chandler, Arizona 85226

*Attorneys for Defendant Pima County*

2