John H. Bradley (Wisconsin Bar No. 1053124)
R. Rick Resch (Wisconsin Bar No. 1117722)
**STRANG BRADLEY, LLC**
613 Williamson Street, Suite 204
Madison, Wisconsin 53703
(608) 535-1550
John@StrangBradley.com
Rick@StrangBradley.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Estate of Richard Lee Richards by Special Administrator Victoria Richards,<br><br>*Plaintiff,*<br><br>*v.*<br><br>Ryan T. Remington and City of Tucson,<br><br>*Defendants.* | No. 4:22-cv-00429-JGZ<br><br>**NOTICE VACATING DEPOSITION OF RYAN REMINGTON** |

PLEASE TAKE NOTICE that the deposition of Ryan Remington, previously scheduled for September 22, 2023, at 9:00am, is vacated and will be rescheduled to another date.

1  Dated: September 21, 2023.

/s/ John H. Bradley
John H. Bradley
   Wisconsin Bar No. 1053124
R. Rick Resch
   Wisconsin Bar No. 1117722
STRANG BRADLEY, LLC
613 Williamson Street, Suite 204
Madison, WI 53703
(608) 535-1550
John@StrangBradley.com
Rick@StrangBradley.com

Counsel for Plaintiff

I certify that a copy of the foregoing will be delivered electronically to the below parties via ECF on September 21, 2023.

                                              /s/ John H. Bradley
                                              John H. Bradley

Andrew J. Petersen
HUMPHREY & PETERSEN, P.C.
6063 E. Grant Road
Tucson AZ 85712
APetersen@humphreyandpetersen.com
*Attorney for Defendant Ryan T. Remington*

Renee Waters
Office of the Tucson City Attorney
255 W. Alameda
Tucson AZ 85726
Renee.Waters@tucsonaz.gov
*Attorney for Defendant City of Tucson*

3