# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ms. L.; et al.,<br><br>          Petitioners-Plaintiffs,<br><br>v.<br><br>U.S Immigration and Customs Enforcement ("ICE"); et al.,<br><br>          Respondents-Defendants. | Case No.: 18cv0428 DMS (AHG)<br><br>**ORDER PROVIDING DIAL IN NUMBER** |

For the final approval hearing scheduled for **December 8, 2023**, at **1:00 p.m.**, the dial-in number for any counsel who wish to listen in only and members of the news media is as follows.

    a.    Dial the toll free number: **571-353-2301**;

    b.    Enter the Access Code: **151416184** (Participants will be put on hold until the Court activates the conference call);

Members of the general public may attend in person.  All persons dialing in to the

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  conference are reminded that Civil Local Rule 83.7(c) prohibits any recording of court
2  proceedings.
3      **IT IS SO ORDERED**.
4  Dated:  November 30, 2023

*[signature]*
Hon. Dana M. Sabraw, Chief Judge
United States District Court