DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| U.S. District Judge: Rosemary Márquez | Date: April 17, 2024 |
| Nina Alley v County of Pima, et al. | Case Number: CV-15-00152-TUC-RM |

Attorneys for the plaintiff: John Leader and Peter Limperis
Attorneys for the defendant, County of Pima: Nicholas Acedo and Daniel Struck (appearing by telephone)
Attorneys for the defendant, City of Tucson: Michelle Saavedra and Dennis McLaughlin (appearing by telephone)
Court reporter: Erica McQuillen
Courtroom deputy: Sandra G. Fuller

**Status Conference**

The matter comes before the Court regarding the trial date currently set April 22, 2024, at 9:30 a.m. The Court notes at the last hearing the Court conveyed a willingness to continue the trial to allow ruling on motions filed.

The parties have no objection to the Court continuing the jury trial.

The Court addresses the petition for post-conviction relief currently pending in Pima County Superior Court and the possibility of staying this trial until the petition is resolved.

Counsel for the plaintiff object to staying the case.

The defendants argue staying the case is in the best interest of all the parties.

The Court vacates the jury trial currently set April 22, 2024, at 9:30 a.m. and continues the jury **trial to July 8, 2024, at 9:30 a.m.** The Court will set aside three weeks and three days for the trial.

The Court informs the defendants though a reply deadline was set regarding the Defendant's Motion for Reconsideration Re: Expungement Claim (Doc. 1078), the Court no longer requires the defendants to file a reply and vacates the deadline.

Once the plaintiff's Memorandum Re: Equitable Estoppel is filed publicly pursuant to the Court's Order (Doc. 1108) filed April 17, 2024, the defendants' response is due May 9, 2024.

The Court **VACATES** the deadline regarding **joint** stipulated statement of the case, proposed jury instructions, proposed voir dire, proposed verdict form, and exhibit and witness lists set in the Minute Entry (Doc. 1093) and will issue a new deadline by separate Order.

Status Conference: 2:30 p.m. to 2:45 p.m. (15 minutes)