MILLER, PITT, FELDMAN & McANALLY, P.C.
Stanley G. Feldman, SBN 000838
Peter Timoleon Limperis, SBN 019175
Timothy P. Stackhouse, SBN 30609
One S. Church Ave., Ste. 1000
Tucson, AZ 85701-1620
(520) 792-3836
sfeldman@mpfmlaw.com
plimperis@mpfmlaw.com
tstackhouse@mpfmlaw.com
me@mpfmlaw.com

THE LEADER LAW FIRM, P.C.
John P. Leader, SBN 012511
405 W. Cool Dr. Ste. 107
Tucson, AZ 85705
(520) 575-9040
john@leaderlawaz.com
*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nina Alley, as Guardian and Conservator for and on behalf of Louis Taylor, a single man,<br><br>Plaintiff,<br><br>vs.<br><br>Pima County, a body politic; The City of Tucson, a body politic,<br><br>Defendants. | No. CV-15-00152-TUC-RM<br><br>**JOINT STATUS REPORT**<br><br>**JUDGE MÁRQUEZ** |

Louis Taylor's post-conviction evidentiary hearing concluded on August 8, 2025. A ruling on the Petition has not yet issued. The parties have not engaged in any settlement negotiations since the last Joint Report.

Respectfully Submitted: August 22, 2025.

| | |
|---|---|
| MILLER, PITT, FELDMAN & McANALLY, P.C. | STRUCK LOVE BOJANOWSKI & ACEDO, PLC |
| */s/ Peter Timoleon Limperis* <br> Stanley G. Feldman <br> Peter Timoleon Limperis <br> Timothy P. Stackhouse | */s/Nicholas D. Acedo* <br> Daniel P. Struck <br> Nicholas D. Acedo <br> Jacob B. Lee |
| THE LEADER LAW FIRM, P.C. | CITY OF TUCSON |
| */s/John P. Leader* <br> John P. Leader | */s/ Dennis McLaughlin* <br> Michelle Saavedra <br> Dennis McLaughlin |