STRUCK LOVE ACEDO, PLC
Daniel P. Struck, Bar #012377
Nicholas D. Acedo, Bar #021644
Jacob B. Lee, Bar #030371
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
dstruck@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com

*Attorneys for Defendant Pima County*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Nina Alley,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>County of Pima, et al.,<br><br>　　　　　Defendants. | NO. CV-15-00152-TUC-RM<br><br>**DEFENDANTS' SUPPLEMENT TO PLAINTIFF'S MOTION TO FILE JOINT MOTION TO RE-OPEN UNDER SEAL (Dkt. 1195)** |

Defendants do not believe that the parties' Joint Motion to Reopen should be sealed. Plaintiff's Motion to seal it provides no justification. (Dkt. 1195.) In pre-filing communications, Plaintiff's counsel stated there are "potential issues relating to the federal seal order and [the superior court's] seal order." Defendants fail to see any issue because everything discussed in and attached to the Joint Motion is public information, including the superior court's November 7, 2025 order denying Plaintiff's petition for post-conviction relief (the superior court did not seal this order). Alternatively, if the Court believes that certain information in the Joint Motion should be sealed (at least until the Court has an opportunity to revisit its Seal Order), the Court should order Plaintiff to file a redacted copy of the Joint Motion on the docket with redactions to only those portions of the Joint Motion that it believes should be redacted, as well as an *un*redacted copy of the superior court's order (Defendants' Exhibit 1).

1      Defendants propose that, at a minimum, the following text should *not* be redacted:
2         - Page 2, line 1 through line 10.
3         - Page 2, line 11 (beginning with "(b)") through line 15.
4         - Page 2, line 19 through Page 5, line 2.
5         - Page 5, line 8/9 through the word "hearing.".
6         - Page 5, line 10, beginning with the word "The" through line 17.
7         - Page 5, lines 22 through line 25.
8         - Page 6, line 15, beginning with the word "At" through page 7, line 2 through
9           the word "eliminate".
10        - Page 8, line 9 through the ellipses on line 15.
11        - Page 8, line 20 beginning with the word "to" through page 11, line 25.
12    / / /
13    / / /

1  There is no basis to seal this information and none of it is covered by the Court's existing
2  Seal Order.

4  DATED this 17th day of November , 2025.

STRUCK LOVE ACEDO, PLC


By    /s/Nicholas D. Acedo
    Daniel P. Struck
    Nicholas D. Acedo
    Jacob B. Lee
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

*Attorneys for Defendant Pima County*

MICHAEL G. RANKIN,
City Attorney


By    /s/Michelle R. Saavedra (w/permission)
    Michelle R. Saavedra
    Dennis P. McLaughlin
    Principal Assistant City Attorney
    PO Box 27210
    Tucson, Arizona 85726-7210

*Attorneys for Defendant City of Tucson*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| John P. Leader | john@leaderlawaz.com |
| Peter T. Limperis | plimperis@mpfmlaw.com |
| Stanley G. Feldman | sfeldman@mpfmlaw.com |
| Timothy P. Stackhouse | tstackhouse@hmpmlaw.com |
| Michelle R. Saavedra | michelle.saavedra@tucsonaz.gov |
| Dennis P. McLaughlin | Dennis.McLaughlin@tucsonaz.gov |

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

/s/B. Bull

4