STRUCK LOVE ACEDO, PLC
Daniel P. Struck, Bar #012377
Nicholas D. Acedo, Bar #021644
Jacob B. Lee, Bar #030371
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
dstruck@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com

*Attorneys for Defendant Pima County*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Nina Alley,<br><br>Plaintiff,<br><br>v.<br><br>County of Pima, et al.,<br><br>Defendants. | No. CV-15-00152-TUC-RM<br><br>**NOTICE OF DEPOSITION OF JEANETTE MARE** |

YOU ARE HEREBY NOTIFIED that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the videotaped deposition will be taken upon oral examination of the person whose name is stated below before an officer authorized by law to administer oaths.

| | |
|---|---|
| **PERSON TO BE EXAMINED:** | Jeanette Mare |
| **DATE AND TIME OF THE DEPOSITION:** | September 1, 2026, at 10:00 a.m. |
| **PLACE OF DEPOSITION:** | **City of Tucson Attorney's Office**<br>**255 West Alameda Street**<br>**Tucson, Arizona 85701** |
| **TRANSCRIPTIONIST BEFORE WHOM DEPOSITION WILL BE TAKEN:** | Griffin & Associates, LLC<br>d/b/a Griffin Group International<br>3200 East Camelback Road, Suite 177<br>Phoenix, Arizona 85018 |

DATED this 18th day of August, 2026.

STRUCK LOVE ACEDO, PLC

By /s/ Nicholas D. Acedo

Daniel P. Struck
Nicholas D. Acedo
Jacob B. Lee
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

*Attorneys for Defendant Pima County*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| John P. Leader | john@leaderlawaz.com |
| Peter T. Limperis | plimperis@mpfmlaw.com |
| Stanley G. Feldman | sfeldman@mpfmlaw.com |
| Max W. Larnerd | mlarnerd@mpfmlaw.com |
| Michelle R. Saavedra | michelle.saavedra@tucsonaz.gov |
| Dennis P. McLaughlin | Dennis.McLaughlin@tucsonaz.gov |

I hereby certify that on this same date, I served the attached document by via electronic mail, on the following, who is not a registered participant of the CM/ECF System:

Griffin & Associates, LLC
d/b/a Griffin Group International
3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018
calendar@griffinreporters.com

*Court Reporter*

/s/ B. Bull