STRUCK LOVE ACEDO, PLC
Daniel P. Struck, Bar #012377
Nicholas D. Acedo, Bar #021644
Jacob B. Lee, Bar #030371
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
dstruck@strucklove.com
nacedo@strucklove.com
jlee@strucklove.com

*Attorneys for Defendant Pima County*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Nina Alley,<br><br>Plaintiff,<br><br>v.<br><br>County of Pima, et al.,<br><br>Defendants. | NO. CV-15-00152-TUC-RM<br><br>**DEFENDANTS' MOTION FOR COURT RULING RE: PLAINTIFF'S REQUEST FOR 28 U.S.C. §1292(B) CERTIFICATION**<br><br>**AND, IN THE ALTERNATIVE,**<br><br>**MOTION TO EXTEND TIME TO FILE RESPONSE TO PLAINIFF'S REQUEST** |

On October 7, 2026, Plaintiff filed a "Request for 28 U.S.C. § 1292(b) Certification, *Shipp* Expungement." (Dkt. 1261.) In that Request, Plaintiff asks the Court to "amend its April 19, 2024, Order" (Dkt. 1115) to include findings and add language certifying its ruling for interlocutory appeal pursuant to § 1292(b). (*See* Dkt. 1261 at 1; *see also id*. at 6 ["The Court should amend its Order (Doc. 1115) to state …"].) Defendants construe Plaintiff's Request as a motion for reconsideration, which they cannot respond to unless ordered by the Court. LRCiv 7.1(g)(2). District courts similarly construe such certification requests as motions for reconsideration.[1]

[1] *See*, *e.g.*, *Lofton v. United States*, No. 2:23-CV-09089-SPG-AS, 2025 WL 2376693, at *1 (C.D. Cal. Aug. 9, 2025) ("The Court construes Plaintiff's Memorandum [requesting certification under 28 U.S.C. § 1292] as a Motion to Reconsider."); *Mostafa v.*

Out of an abundance of caution, Defendants respectfully request this Court to advise the parties whether it construes Plaintiff's Request as a motion for reconsideration under LRCiv 7.2(g). If it does construe Plaintiff's Request as a motion for reconsideration, Defendants will defer filing responses unless ordered by the Court. If it does not construe Plaintiff's Request as a motion for reconsideration, Defendants request an extension of time, until 14 days after a ruling on this Motion, to file their responses. The additional time is requested to prepare those responses.

/ / /

/ / /

---

*Garland*, No. 20-CV-00694-PAB-MDB, 2024 WL 4108574, at *7 (D. Colo. Sept. 6, 2024) ("[T]he Court construes Mr. Mostafa's motion [pursuant to 28 U.S.C. § 1292(b)] as a motion to reconsider and amend the Court's prior orders to include such a statement [that the orders "involved a controlling question of law from which an immediate appeal would advance the termination of the case"] so that Mr. Mostafa may appeal the Court's determinations to the Tenth Circuit."); *Mid Continent Cabinetry, Inc. v. George Koch Sons, Inc.*, No. 87-1248-C, 1991 WL 177961, at *1 (D. Kan. Aug. 9, 1991) ("Plaintiff's motion for certification [under 28 U.S.C. § 1292(b)], in effect, is a motion to alter and amend the court's order of July 11, 1991. … Consequently, the court will construe the plaintiff's motion as one to alter and amend and reconsider its pertinent rulings before addressing the matter of certification.").

DATED this 21st day of October, 2026.

STRUCK LOVE ACEDO, PLC

By /s/Nicholas D. Acedo

Daniel P. Struck
Nicholas D. Acedo
Jacob B. Lee
3100 West Ray Road, Suite 300
Chandler, Arizona 85226

*Attorneys for Defendant Pima County*

ROI LUSK,
City Attorney

By /s/Dennis P. McLaughlin(w/permission)

Michelle R. Saavedra
Dennis P. McLaughlin
Principal Assistant City Attorney
PO Box 27210
Tucson, Arizona 85726-7210

*Attorneys for Defendant City of Tucson*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

| | |
|---|---|
| John P. Leader | john@leaderlawaz.com |
| Peter T. Limperis | plimperis@mpfmlaw.com |
| Stanley G. Feldman | sfeldman@mpfmlaw.com |
| Max W. Larnerd | mlarnerd@mpfmlaw.com |
| Michelle R. Saavedra | michelle.saavedra@tucsonaz.gov |
| Dennis P. McLaughlin | Dennis.McLaughlin@tucsonaz.gov |

/s/Nicholas D. Acedo