MILLER, PITT, FELDMAN & McANALLY, P.C.
Stanley G. Feldman, SBN 000838
Peter Timoleon Limperis, SBN 019175
Max W. Larnerd, SBN 040607
One S. Church Ave., Ste. 1000
Tucson, AZ 85701-1620
(520) 792-3836
sfeldman@mpfmlaw.com
plimperis@mpfmlaw.com
mlarnerd@mpfmlaw.com
me@mpfmlaw.com

THE LEADER LAW FIRM, P.C.
John P. Leader, SBN 012511
405 W. Cool Dr. Ste. 107
Tucson, AZ 85705
(520) 575-9040
john@leaderlawaz.com
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Nina Alley, as Guardian and Conservator for and on behalf of Louis Taylor, a single man,

Plaintiff,

vs.

Pima County, a body politic; The City of Tucson, a body politic,

Defendants.

**No. CV-15-00152-TUC-RM**

**JOINT STATUS REPORT**

**JUDGE MÁRQUEZ**

The parties have not engaged in any settlement negotiations since the last Joint Report.

On September 16, 2026, the City of Tucson, Pima County, and Maricopa County filed a Special Action Complaint in Maricopa County Superior Court (No. CV2026-038899), alleging that A.R.S. § 13-4296 is unconstitutional.

On October 30, 2026, Nina Alley, as guardian and conservator for and on behalf of Louis Taylor, real party in interest, filed an unopposed Motion to Intervene and a Proposed Answer in Intervention in that Maricopa County Special Action. Intervention was granted on November 4, 2026. Nina Alley's attorneys in that case are Stanley G. Feldman, Peter T. Limperis, Max W. Larnerd and John P. Leader.

Respectfully Submitted: November 17, 2026.

MILLER, PITT, FELDMAN & McANALLY, P.C.

*/s/ Peter Timoleon Limperis*
Stanley G. Feldman
Peter Timoleon Limperis
Max W. Larnerd

STRUCK LOVE BOJANOWSKI & ACEDO, PLC

*/s/Nick D. Acedo (with permission)*
Daniel P. Struck
Nicholas D. Acedo

CITY OF TUCSON

*/s/Dennis McLaughlin (with permission)*
Michelle Saavedra
Dennis McLaughlin